# Exhibit 7



# SANCTIONS EXCLUSION ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

The following exclusion is added to the policy to which it is attached and supersedes any existing sanctions language in the policy, whether included in an Exclusion Section or otherwise:

SANCTIONS EXCLUSION

Notwithstanding any other terms under this policy, we shall not provide coverage nor will we make any payments or provide any service or benefit to any insured, beneficiary, or third party who may have any rights under this policy to the extent that such cover, payment, service, benefit, or any business or activity of the insured would violate any applicable trade or economic sanctions law or regulation.

The term policy may be comprised of common policy terms and conditions, the declarations, notices, schedule, coverage parts, insuring agreement, application, enrollment form, and endorsements or riders, if any, for each coverage provided.  Policy may also be referred to as contract or agreement.

We may be referred to as insurer, underwriter, we, us, and our, or as otherwise defined in the policy, and shall mean the company providing the coverage.

Insured may be referred to as policyholder, named insured, covered person, additional insured or claimant, or as otherwise defined in the policy, and shall mean the party, person or entity having defined rights under the policy.

These definitions may be found in various parts of the policy and any applicable riders or endorsements.

**ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED**



# Important Notice to Policyholders

The address for the headquarters of Zurich North America will change after August 1, 2016 due to a relocation of our office in the same city. The new address is:

Customer Inquiry Center
Zurich North America
1299 Zurich Way
Schaumburg, IL 60196
1-800-382-2150

For specific questions regarding your policy, please contact your agent or broker.  For other questions, you may contact the Customer Inquiry Center of Zurich North America.   Any references to post office boxes previously provided remain unchanged.

# Headquarters Address Change



| THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY. | |
|---|---|
| Policy No. | Effective Date: |

**This Endorsement Changes the Insurance Policy.  Please Read It Carefully.**

As of August 1, 2016, any and all references to the Headquarters Address 1400 American Lane, Schaumburg, IL 60196 are changed to 1299 Zurich Way, Schaumburg, IL 60196.

All other terms, conditions, provisions and exclusions of this policy remain the same.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**Insured Name:**
**Policy Number:**
**Effective Date:**



**THIS DISCLOSURE IS ATTACHED TO AND MADE PART OF YOUR POLICY.**

# DISCLOSURE OF IMPORTANT INFORMATION
# RELATING TO TERRORISM RISK INSURANCE ACT

### SCHEDULE*

| |
|---|
| Premium attributable to risk of loss from certified acts of terrorism for lines of insurance subject to TRIA: |
| General Liability      ████████ |

*Any information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Disclosure of Premium**

In accordance with the federal Terrorism Risk Insurance Act ("TRIA"), as amended, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to the risk of loss from terrorist acts certified under that Act for lines subject to TRIA. That portion of premium attributable is shown in the Schedule above. The premium shown in the Schedule above is subject to adjustment upon premium audit, if applicable.

**B. Disclosure of Federal Participation in Payment of Terrorism Losses**

The United States Government may pay a share of insured losses resulting from an act of terrorism. The federal share will decrease by 5% from 85% to 80% over a five year period while the insurer share increases by the same amount during the same period. The schedule below illustrates the decrease in the federal share:

January1, 2015 – December 31, 2015 federal share: 85%

January1, 2016 – December 31, 2016 federal share: 84%

January1, 2017 – December 31, 2017 federal share: 83%

January1, 2018 – December 31, 2018 federal share: 82%

January1, 2019 – December 31, 2019 federal share: 81%

January1, 2020 – December 31, 2020 federal share: 80%

**C. Disclosure of $100 Billion Cap on All Insurer and Federal Obligations**

If aggregate insured losses attributable to terrorist acts certified under TRIA exceed $100 billion in a calendar year (January 1 through December 31) and an insurer has met its deductible under the program, that insurer shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

**D. Availability**

As required by TRIA, we have made available to you for lines subject to TRIA coverage for losses resulting from acts of terrorism certified under TRIA with terms, amounts and limitations that do not differ materially from those for losses arising from events other than acts of terrorism.

Copyright © 2015 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**E.   Definition of Act of Terrorism under TRIA**

TRIA defines "act of terrorism" as any act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act ("TRIA"), to be an act of terrorism. The Terrorism Risk Insurance Act provides that the Secretary of Treasury shall certify an act of terrorism:

1.   To be an act of terrorism;

2.   To be a violent act or an act that is dangerous to human life, property or infrastructure;

3.   To have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and

4.   To have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

Copyright © 2015 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.



# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

| Insureds Name | Policy Number | Effective Date | Endorsement Number |
|---|---|---|---|
| | | | |

**THIS ENDORSEMENT CHANGES YOUR POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies your insurance:

**A. Cap on Losses From Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with provisions of the federal Terrorism Risk Insurance Act ("TRIA"), to be an act of terrorism. The Terrorism Risk Insurance Act provides that the Secretary of Treasury shall certify an act of terrorism:

**1.** To be an act of terrorism;

**2.** To be a violent act or an act that is dangerous to human life, property or infrastructure;

**3.** To have resulted in damage within the United States, or outside of the United States in the case of an air carrier (as defined in section 40102 of Title 49, United States Code) or a United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), or the premises of a United States mission; and

**4.** To have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

No act may be certified as an act of terrorism if the act is committed as part of the course of a war declared by Congress (except for workers' compensation) or if losses resulting from the act, in the aggregate for insurance subject to TRIA, do not exceed $5,000,000.

If aggregate insured losses attributable to one or more "certified acts of terrorism" exceed $100 billion in a calendar year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of Treasury.

**B. Application of Other Exclusions**

The terms and limitations of a terrorism exclusion or any other exclusion, or the inapplicability or omission of a terrorism exclusion or any other exclusion, do not serve to create coverage which would otherwise be excluded, limited or restricted under this policy.

Copyright © 2015 Zurich American Insurance Company
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Disclosure Statement



It is our pleasure to present the enclosed policy to you
for presentation to your customer.

**INSTRUCTION TO AGENT OR BROKER:**

WE REQUIRE THAT YOU TRANSMIT THE ATTACHED ⁄ ENCLOSED DISCLOSURE STATEMENT TO THE CUSTOMER
WITH THE POLICY.

Once again, thank you for your interest, and we look forward to meeting your needs and those of your customers.

# Disclosure Statement



**NOTICE OF DISCLOSURE FOR AGENT & BROKER COMPENSATION**

If you want to learn more about the compensation Zurich pays agents and brokers visit:

http://www.zurichnaproducercompensation.com

or call the following toll-free number:  (866) 903-1192.


This Notice is provided on behalf of Zurich American Insurance Company

and its underwriting subsidiaries.

**COMMERCIAL INSURANCE**

**COMMON POLICY DECLARATIONS**

| Policy Number   GLO 0195438-00 | Renewal of Number        NEW |
|---|---|

| Named Insured and Mailing Address | Producer and Mailing Address |
|---|---|
| SKANSKA/WALSH JOINT VENTURE<br>D/B/A SKANSKA/WALSH JV<br>350 5TH AVE<br>FLOOR 32<br>NEW YORK NY 10118-0110 | ALLIANT INSURANCE SERVICES INC<br>333 EARLE OVINGTON BLVD STE<br>700<br>UNIONDALE NY 11553-3622<br><br>Producer Code     91435-000 |

Policy Period:  Coverage begins   06-01-2016  at 12:01 A.M.;  Coverage ends 06-01-2023    at 12:01 A.M.

The name insured is  ☐ Individual      ☐ Partnership      ☐ Corporation
☐ Other: JOINT VENTURE

This insurance is provided by one or more of the stock insurance companies which are members of the Zurich-American Insurance Group.  The company that provides coverage is designated on each Coverage Part Common Declarations.  The company or companies providing this insurance may be referred to in this policy as "The Company", we, us, or our.  The address of the companies of the Zurich-American Insurance Group are provided on the next page.

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE(S):**

GENERAL LIABILITY COVERAGE                              PREMIUM ███████
 issued by ZURICH AMERICAN INSURANCE COMPANY

> **NOTICE: THESE POLICY FORMS AND THE APPLICABLE RATES ARE EXEMPT FROM THE FILING REQUIREMENTS OF THE NEW YORK STATE INSURANCE LAW AND REGULATIONS. HOWEVER, THE FORMS AND RATES MUST MEET THE MINIMUM STANDARDS OF THE NEW YORK INSURANCE LAW AND REGULATIONS.**

| **THIS PREMIUM MAY BE SUBJECT TO AUDIT.**<br>This premium does not include Taxes and Surcharges. | **TOTAL** | $ ███████<br>SEE INSTALLMENT SCHEDULE |
|---|---|---|
| **Taxes and Surcharges** | **TOTAL** | $ |

The Form(s) and Endorsement(s) made a part of this policy at the time of issue are listed on the **SCHEDULE of FORMS and ENDORSEMENTS.**

Countersigned this          day of

Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART FORM(S), FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

**Policy Number**
**GLO 0195438-00**

### SCHEDULE OF FORMS AND ENDORSEMENTS

**Zurich American Insurance Company**

Named Insured  SKANSKA/WALSH JOINT VENTURE

Effective Date: 06-01-16
12:01 A.M., Standard Time

Agent Name  ALLIANT INSURANCE SERVICES INC

Agent No.  91435-000

COMMON POLICY FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| U-GU-1191-A CW | 03-15 | SANCTIONS EXCLUSION ENDORSEMENT |
| U-GU-1208-A CW | 11-15 | HEADQUARTERS ADDRESS CHANGE |
| U-GU-630-D CW | 01-15 | DISCLOSURE OF INFO RELATING TO TRIA |
| U-GU-767-B CW | 01-15 | CAP ON LOSS FROM CERTIFIED ACTS OF TERR |
| U-GU-D-310-A | 01-93 | COMMON POLICY DECLARATIONS |
| U-GU-619-A CW | 10-02 | SCHEDULE OF FORMS AND ENDORSEMENTS |
| U-GU-319-F | 01-09 | IMPORTANT NOTICE – IN WITNESS CLAUSE |
| U-GU-406-A | 07-94 | INSTALLMENT PREMIUM SCHEDULE |
| IL 00 17 | 11-98 | COMMON POLICY CONDITIONS |
| IL 00 23 | 07-02 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDT |
| IL 02 68 | 01-14 | NEW YORK CHANGES-CANC & NONRENL |
| IL 01 85 | 08-08 | NEW YORK CHANGES-CALCULATION OF PREMIUM |

GENERAL LIABILITY FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| U-GL-1387-B CW | 05-10 | NOTIFI TO OTHERS OF CANC OR NONRENEW |
| U-GL-1517-B CW | 04-13 | RECORD OR DISTRB OF MATRL OR INFO EXCL |
| U-GL-915-C CW | 08-04 | FELLOW EMPLOYEE COVERAGE ENDORSEMENT |
| U-GL-922-B CW | 12-01 | NOTICE OF ERROR IN CLAIM REPORTING ENDT |
| U-GL-D-1115-B CW | 09-04 | COMMERCIAL GL COVERAGE PART DECLARATIONS |
| CG 00 01 | 04-13 | COMMERCIAL GENERAL LIABILITY COV FORM |
| U-GL-1114-A CW | 10-02 | FUNGI OR BACTERIA EXCLUSION ENDORSEMENT |
| U-GL-1114-A CW | 10-02 | EXPECTED AND INTENDED |
| U-GL-1114-A CW | 10-02 | DELETION OF PERSONAL INJURY |
| U-GL-1114-A CW | 10-02 | PREMIUM AND REPORTS AGREEMENT |
| U-GL-1114-A CW | 10-02 | SOLE AGENT FOR INSUREDS |
| U-GL-1114-A CW | 10-02 | JOINT DEFENSE – WRAP UP |
| U-GL-1114-A CW | 10-02 | DAMAGE TO THE PROJECT EXCLUSION |
| U-GL-1114-A CW | 10-02 | LIMITATION OF COVERAGE TO DESIGNATED |
| U-GL-1114-A CW | 10-02 | EXTENDED COMPLETED OPERATIONS |
| U-GL-1114-A CW | 10-02 | EXTENDED ONGOING OPERATIONS COVERAGE |
| U-GL-1114-A CW | 10-02 | COMBINED DEDUCTIBLE AGGREGATE |
| U-GL-1114-A CW | 10-02 | COMBINED DEDUCTIBLE AGGREGATE SCHEDULE |
| U-GL-1114-A CW | 10-02 | NAMED INSURED – CCIP |
| U-GL-1114-A CW | 10-02 | RESULTING DAMAGE TO YOUR WORK – WRAP-UP |
| U-GL-1114-A CW | 10-02 | AMENDMENT OF LIMITS OF INSURANCE |
| U-GL-1114-A CW | 10-02 | LEAD LIABILITY EXCLUSION |
| U-GL-1114-A CW | 10-02 | NONVITIATION |
| U-GL-1114-A CW | 10-02 | NAMED INSURED ENDORSEMENT |
| U-GL-1114-A CW | 10-02 | WAIVER OF SUBROGATION (BLANKET) ENDT |
| U-GL-1114-A CW | 10-02 | PORT AUTHORITY ENDORSEMENT |
| U-GL-1054-A CW | 12-01 | UNINTENTIONAL FAILURE TO DISCLOSE HAZARD |
| U-GL-1177-F CW | 04-13 | ADL INSD OWNER,LESSE,CONT-SCHEDULED |
| U-GL-1298-C CW | 08-08 | EARLIER NOTICE OF CANCEL OR NON-RENEWAL |
| U-GL-1178ACW | 07-03 | ASBESTOS EXCLUSION ENDORSEMENT |
| CG 01 04 | 12-04 | NEW YORK CHANGES – PREMIUM AUDIT |
| CG 01 63 | 07-11 | NY CHANGES-COMM GEN LIAB COV FORM |
| U-GL-923-A CW | 12-97 | SILICA & MIXED DUST PARTICLES EXCLUSION |
| CG 21 08 | 05-14 | EXCL-ACC/DISCL OF CONFI OR PERSONAL INFO |
| CG 21 47 | 12-07 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG 21 65 | 12-04 | TOTAL POLLUTION EXCL-WITH EXCEPTIONS |
| CG 22 80 | 04-13 | LIMITED EXCL-CONTRACTORS-PROF LIAB |
| CG 26 21 | 10-91 | NY CHANGES – TRANSFER OF DUTIES |



# Important Notice – In Witness Clause

In return for the payment of premium, and subject to the terms of this policy, coverage is provided as stated in this policy.

IN WITNESS WHEREOF, this Company has executed and attested these presents and, where required by law, has caused this policy to be countersigned by its duly Authorized Representative(s).

*Nancy D. Mueller*

President

*Dennis F. Kerrigan Jr.*

Corporate Secretary

---

**QUESTIONS ABOUT YOUR INSURANCE?**  Your agent or broker is best equipped to provide information about your insurance.  Should you require additional information or assistance in resolving a complaint, call or write to the following (please have your policy or claim number ready):

Zurich in North America
Customer Inquiry Center
1400 American Lane
Schaumburg, Illinois  60196-1056
**1-800-382-2150** (Business Hours:  8am - 4pm [CT])
**Email:** info.source@zurichna.com

---

**INSTALLMENT PREMIUM SCHEDULE**

The total premium shown in the Declarations of this policy is made payable in installments, on the dates and in the amount shown below.

| NAMED INSURED | POLICY NUMBER |
|---|---|
| SKANSKA/WALSH JOINT VENTURE | GLO 0195438-00 |

| PAYMENT DUE | STANDARD PREMIUM | TOTAL PREMIUM |
|---|---|---|
| 07/01/16 | $ ▮ | $ ▮ |
| 06/01/17 | $ ▮ | $ ▮ |
| 06/01/18 | $ ▮ | $ ▮ |
| 06/01/19 | $ ▮ | $ ▮ |
| 06/01/20 | $ ▮ | $ ▮ |
| TOTAL | $ ▮ | $ ▮ |

Failure to pay the Installment Premium by the Date Due shown shall constitute non-payment of premium for which we may cancel this policy.

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 23 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property threat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc.,  2001 IL 00 23 07 02   ☐

**IL 02 68 01 14**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **1.**, **2.**, **3.** and **5.** of the **Cancellation** Common Policy Condition are replaced by the following:

**1.** The first Named Insured shown in the Declarations may cancel this entire policy by mailing or delivering to us advance written notice of cancellation.

**2. Cancellation Of Policies In Effect**

**a. 60 Days Or Less**

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**(1)** 30 days before the effective date of cancellation if we cancel for any reason not included in Paragraph **A.2.b.** below.

**(2)** 15 days before the effective date of cancellation if we cancel for any of the reasons included in Paragraph **A.2.b.** below.

**b. For More Than 60 Days**

If this policy has been in effect for more than 60 days, or if this policy is a renewal or continuation of a policy we issued, we may cancel only for any of the reasons listed below, provided we mail the first Named Insured written notice at least 15 days before the effective date of cancellation:

**(1)** Nonpayment of premium, provided however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due;

**(2)** Conviction of a crime arising out of acts increasing the hazard insured against;

**(3)** Discovery of fraud or material misrepresentation in the obtaining of the policy or in the presentation of a claim;

**(4)** After issuance of the policy or after the last renewal date, discovery of an act or omission, or a violation of any policy condition, that substantially and materially increases the hazard insured against, and which occurred subsequent to inception of the current policy period;

**(5)** Material physical change in the property insured, occurring after issuance or last annual renewal anniversary date of the policy, which results in the property becoming uninsurable in accordance with our objective, uniformly applied underwriting standards in effect at the time the policy was issued or last renewed; or material change in the nature or extent of the risk, occurring after issuance or last annual renewal anniversary date of the policy, which causes the risk of loss to be substantially and materially increased beyond that contemplated at the time the policy was issued or last renewed;

**(6)** Required pursuant to a determination by the Superintendent that continuation of our present premium volume would jeopardize our solvency or be hazardous to the interest of our policyholders, our creditors or the public;

**(7)** A determination by the Superintendent that the continuation of the policy would violate, or would place us in violation of, any provision of the Insurance Code; or

**(8)** Where we have reason to believe, in good faith and with sufficient cause, that there is a probable risk of danger that the insured will destroy, or permit to be destroyed, the insured property for the purpose of collecting the insurance proceeds. If we cancel for this reason, you may make a written request to the Department of Financial Services, within 10 days of receipt of this notice, to review our cancellation decision. Also, we will simultaneously send a copy of this cancellation notice to the Department of Financial Services.

**3.** We will mail or deliver our notice, including the reason for cancellation, to the first Named Insured at the address shown in the policy and to the authorized agent or broker.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata.

However, when the premium is advanced under a premium finance agreement, the cancellation refund will be pro rata. Under such financed policies, we will be entitled to retain a minimum earned premium of 10% of the total policy premium or $60, whichever is greater. The cancellation will be effective even if we have not made or offered a refund.

**B.** The following is added to the **Cancellation** Common Policy Condition:

**7.** If one of the reasons for cancellation in Paragraph **A.2.b.** or **D.2.b.(2)** exists, we may cancel this entire policy, even if the reason for cancellation pertains only to a new coverage or endorsement initially effective subsequent to the original issuance of this policy.

**C.** The following conditions are added:

**1. Nonrenewal**

If we decide not to renew this policy we will send notice as provided in Paragraph **C.3.** below.

**2. Conditional Renewal**

If we conditionally renew this policy subject to:

**a.** A change of limits;

**b.** A change in type of coverage;

**c.** A reduction of coverage;

**d.** An increased deductible;

**e.** An addition of exclusion; or

**f.** Increased premiums in excess of 10%, exclusive of any premium increase due to and commensurate with insured value added or increased exposure units; or as a result of experience rating, loss rating, retrospective rating or audit;

we will send notice as provided in Paragraph **C.3.** below.

**3. Notices Of Nonrenewal And Conditional Renewal**

**a.** If we decide not to renew this policy or to conditionally renew this policy as provided in Paragraphs **C.1.** and **C.2.** above, we will mail or deliver written notice to the first Named Insured shown in the Declarations at least 60 but not more than 120 days before:

**(1)** The expiration date; or

**(2)** The anniversary date if this is a continuous policy.

**b.** Notice will be mailed or delivered to the first Named Insured at the address shown in the policy and to the authorized agent or broker. If notice is mailed, proof of mailing will be sufficient proof of notice.

**c.** Notice will include the specific reason(s) for nonrenewal or conditional renewal, including the amount of any premium increase for conditional renewal and description of any other changes.

**d.** If we violate any of the provisions of Paragraph **C.3.a., b.** or **c.** above by sending the first Named Insured an incomplete or late conditional renewal notice or a late nonrenewal notice:

**(1)** And if notice is provided prior to the expiration date of this policy, coverage will remain in effect at the same terms and conditions of this policy at the lower of the current rates or the prior period's rates until 60 days after such notice is mailed or delivered, unless the first Named Insured, during this 60-day period, has replaced the coverage or elects to cancel;

**(2)** And if the notice is provided on or after the expiration date of this policy, coverage will remain in effect at the same terms and conditions of this policy for another policy period, at the lower of the current rates or the prior period's rates, unless the first Named Insured, during this additional policy period, has replaced the coverage or elects to cancel.

**e.** If you elect to renew on the basis of a late conditional renewal notice, the terms, conditions and rates set forth in such notice shall apply:

**(1)** Upon expiration of the 60-day period, unless Subparagraph **(2)** below applies; or

**(2)** Notwithstanding the provisions in Paragraphs **d.(1)** and **d.(2)**, as of the renewal date of the policy if the conditional renewal notice was sent at least 30 days prior to the expiration or anniversary date of the policy.

**f.** We will not send you notice of nonrenewal or conditional renewal if you, your authorized agent or broker or another insurer of yours mails or delivers notice that the policy has been replaced or is no longer desired.

**D.** The following provisions apply when the Commercial Property Coverage Part, the Farm Coverage Part or the Capital Assets Program (Output Policy) Coverage Part is made a part of this policy:

**1.** Items **D.2.** and **D.3.** apply if this policy meets the following conditions:

**a.** The policy is issued or issued for delivery in New York State covering property located in this state; and

**b.** The policy insures:

**(1)** For loss of or damage to structures, other than hotels or motels, used predominantly for residential purposes and consisting of no more than four dwelling units; or

**(2)** For loss of or damage to personal property other than farm personal property or business property; or

**(3)** Against damages arising from liability for loss of, damage to or injury to persons or property, except liability arising from business or farming; and

**c.** The portion of the annual premium attributable to the property and contingencies described in **1.b.** exceeds the portion applicable to other property and contingencies.

**2.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Procedure And Reasons For Cancellation**

**a.** We may cancel this entire policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**(1)** 15 days before the effective date of cancellation if we cancel for nonpayment of premium, provided however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**b.** But if this policy:

**(1)** Has been in effect for more than 60 days; or

**(2)** Is a renewal of a policy we issued;

we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium, provided however, that a notice of cancellation on this ground shall inform the first Named Insured of the amount due;

**(2)** Conviction of a crime arising out of acts increasing the risk of loss;

**(3)** Discovery of fraud or material misrepresentation in obtaining the policy or in making a claim;

**(4)** Discovery of willful or reckless acts or omissions increasing the risk of loss;

**(5)** Physical changes in the covered property that make that property uninsurable in accordance with our objective and uniformly applied underwriting standards in effect when we:

**(a)** Issued the policy; or

**(b)** Last voluntarily renewed the policy;

**(6)** The Superintendent of Financial Services' determination that continuing the policy would violate Chapter 28 of the Insurance Law; or

**(7)** Required pursuant to a determination by the Superintendent of Financial Services that the continuation of our present premium volume would be hazardous to the interests of our policyholders, our creditors or the public.

**3.** The following are added:

**a. Conditional Continuation**

Instead of cancelling this policy, we may continue it on the condition that:

**(1)** The policy limits be changed; or

**(2)** Any coverage not required by law be eliminated.

If this policy is conditionally continued, we will mail or deliver to the first Named Insured written notice at least 20 days before the effective date of the change or elimination. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

**b. Nonrenewal**

If, as allowed by the laws of New York State, we:

**(1)** Do not renew this policy; or

**(2)** Condition policy renewal upon:

**(a)** Change of limits; or

**(b)** Elimination of coverage;

we will mail or deliver written notice of nonrenewal or conditional renewal:

**(a)** At least 45 days; but

**(b)** Not more than 60 days;

before the expiration date of the policy. We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

**E.** The following is added to the Farm Property – Other Farm Provisions Form – Additional Coverages, Conditions, Definitions, the Commercial Property Coverage Part and the Capital Assets Program (Output Policy) Coverage Part:

When the property is subject to the Anti-arson Application in accordance with New York Department of Financial Services' Insurance Regulation No. 96, the following provisions are added:

If you fail to return the completed, signed and affirmed anti-arson application to us:

**1.** Or our broker or agent within 45 days of the effective date of a new policy, we will cancel the entire policy by giving 20 days' written notice to you and to the mortgageholder shown in the Declarations.

**2.** Before the expiration date of any policy, we will cancel the policy by giving written notice to you and to the mortgageholder shown in the Declarations at least 15 days before the effective date of cancellation.

The cancellation provisions set forth in **E.1.** and **E.2.** above supersede any contrary provisions in this policy including this endorsement.

If the notice in **E.1.** or **E.2.** above is mailed, proof of mailing will be sufficient proof of notice. Delivery of the notice will be the same as mailing.

**F.** The following applies to the Commercial Property Coverage Part, the Farm Coverage Part and the Capital Assets Program (Output Policy) Coverage Part:

Paragraphs **f.** and **g.** of the **Mortgageholders** Condition are replaced by the following:

**f. Cancellation**

**(1)** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(a)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(b)** 30 days before the effective date of cancellation if we cancel for any other reason.

**(2)** If you cancel this policy, we will give written notice to the mortgageholder. With respect to the mortgageholder's interest only, cancellation will become effective on the later of:

   **(a)** The effective date of cancellation of the insured's coverage; or

   **(b)** 10 days after we give notice to the mortgageholder.

**g. Nonrenewal**

  **(1)** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

  **(2)** If you elect not to renew this policy, we will give written notice to the mortgageholder. With respect to the mortgageholder's interest only, nonrenewal will become effective on the later of:

   **(a)** The expiration date of the policy; or

   **(b)** 10 days after we give notice to the mortgageholder.

**G.** The following provisions apply when the following are made a part of this policy:

Commercial General Liability Coverage Part

Employment-Related Practices Liability Coverage Part

Farm Liability Coverage Form

Liquor Liability Coverage Part

Products/Completed Operations Liability Coverage Part

**1.** The aggregate limits of this policy as shown in the Declarations will be increased in proportion to any policy extension provided in accordance with Paragraph **C.3.d.** above.

**2.** The last sentence of Limits Of Insurance does not apply when the policy period is extended because we sent the first Named Insured an incomplete or late conditional renewal notice or a late nonrenewal notice.

© Insurance Services Office, Inc., 2013

IL 01 85 08 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES – CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY – NEW YORK

**A.** For policies with fixed terms in excess of one year, or policies with no stated expiration date, except as provided in Paragraph **B.,** the following applies:

The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. On each renewal or continuation of this policy, we will compute the premium in accordance with our rates and rules then in effect.

**B.** For policies with fixed terms in excess of one year, where premium is computed and paid annually, the following applies:

**1.** The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. Such rates and rules will be used to calculate the premium at each anniversary, for the entire term of the policy, unless the specific reasons described in Paragraph **2.** or **3.** apply.

**2.** The premium will be computed based on the rates and rules in effect on the anniversary date of the policy only when, subsequent to the inception of the current policy period, one or more of the following occurs:

**a.** After issuance of the policy or after the last renewal date, discovery of an act or omission, or a violation of any policy condition, that substantially and materially increases the hazard insured against, and that occurred subsequent to inception of the current policy period;

**b.** A material physical change in the property insured, occurring after issuance or last anniversary renewal date of the policy, causes the property to become uninsurable in accordance with underwriting standards in effect at the time the policy was issued or last renewed; or

**c.** A material change in the nature or extent of the risk, occurring after issuance or last anniversary renewal date of the policy, which causes the risk of "loss" to be substantially and materially increased beyond that contemplated at the time the policy was issued or last renewed.

**3.** If, subsequent to the inception of the current policy period, the Limit of Insurance is increased, or Additional Coverages or Causes of Loss are insured, the rate and rules in effect at the time of the change will be applied to calculate the premium and will continue to apply to the change at subsequent anniversary dates.

# Notification to Others of Cancellation or Nonrenewal



| Policy  No. | Eff.  Date  of  Pol. | Exp.  Date  of  Pol. | Eff.  Date  of  End. | Producer  No. | Add'l.  Prem | Return  Prem. |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**

**A.**  If we cancel or non-renew this Coverage Part by notice to the first Named insured, for any reason other than nonpayment of premium, we will mail or deliver a copy of such written notice of cancellation or non-renewal to the person(s) or organization(s) shown in the Schedule below.

**B.**  Any copy of notice per paragraph **A.** above will be sent or delivered:

   **1.**  To the address corresponding to each person or organization indicated in the Schedule below; and

   **2.**  At least 10 days prior to the cancellation or non-renewal date applicable to the policy, as advised in our notice to the first Named insured, or the longer number of days notice prior to the applicable cancellation or non-renewal date, if indicated in the Schedule below.

**C.**  This is intended only to be an advance notification to the person(s) or organization(s) named in the Schedule of this endorsement in the event of a pending cancellation or non-renewal of coverage.  Our failure to provide such advance notification to the person(s) or organization(s) shown in the Schedule of this endorsement will not extend any policy cancellation or non-renewal date nor negate any cancellation or non-renewal of the policy.

| SCHEDULE | |
|---|---|
| **Name and Address of Other Person(s) / Organization(s):** | **Number of Days Notice:** |
| **The Port Authority of New York and New Jersey and its related entities<br>Attention General Manager, Risk Financing<br>4WTC<br>150 Greenwich Street<br>18th Floor, New York, NY 10007<br>USA** | **90 Days** |
| **The City of New York, The City's Officials, employees and EDC their successors and assigns<br>c/o The City of New York<br>New York City Economic Development Corporation<br>110 William Street<br>New York, NY 10038<br>USA<br>Attention: Director of the Aviation Department** | **90 Days** |

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

| | |
|---|---|
| **The Bank of New York Mellon, a national banking association, in its capacity as collateral agent on behalf of the Secure creditors, and its successors and assigns pursuant to the Collateral Agency Agreement ("Collateral Agent")**<br>**101 Barclay Street**<br>**New York, NY 10086**<br>**USA** | **90 Days** |

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Recording And Distribution Of Material Or Information In Violation Of Law Exclusion



| Policy  No. | Eff.  Date  of  Pol. | Exp.  Date  of  Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| | | | | | | |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**

**A.** Exclusion **q. Recording And Distribution Of Material Or Information In Violation Of Law** of Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

    **2. Exclusions**

        This insurance does not apply to:

        **q. Recording And Distribution Of Material Or Information In Violation Of Law**

        "Bodily injury" or "property damage" directly or indirectly arising out of or based upon any action or omission that violates or is alleged to violate:

        **(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

        **(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

        **(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

        **(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, or any other legal liability, at common law or otherwise, that addresses, prohibits, or limits the printing, dissemination, disposal, monitoring, collecting, recording, use of, sending, transmitting, communicating or distribution of material or information.

**B.** Exclusion **p. Recording And Distribution Of Material Or Information In Violation Of Law** of Paragraph **2. Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability** is replaced by the following:

    **2. Exclusions**

        This insurance does not apply to:

        **p. Recording And Distribution Of Material Or Information In Violation Of Law**

        "Personal and advertising injury" directly or indirectly arising out of or based upon any action or omission that violates or is alleged to violate:

        **(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

        **(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

        **(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, or any other legal liability, at common law or otherwise, that addresses, prohibits, or limits the printing, dissemination, disposal, monitoring, collecting, recording, use of, sending, transmitting, communicating or distribution of material or information.

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Fellow Employee Coverage Endorsement

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| | | | | | $ | $ |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**

**1.** It is agreed that paragraph **2. a. (1)**  of **SECTION II - WHO IS AN INSURED** is deleted and replaced by the following:

(1) "Bodily injury" or "personal and advertising injury":

   (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company);

   (b) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (1) (a) above; or

   (c) Arising out of his or her providing or failing to provide professional health care services.

U-GL-915-C CW (8/04)
Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# Notice of Error In Claim Reporting Endorsement

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| | | | | | $ | $ |

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**

The following is added to **Duties In The Event Of Occurrence, Offense, Claim or Suit** of **Section IV - Commercial General Liability Conditions**:

   **e.**   In the event that an insured reports an "occurrence" to the workers compensation carrier of the named insured, and this "occurrence" later develops into a General Liability claim covered by this policy, the failure to report such "occurrence" to us at the time of the "occurrence" shall not be deemed in violation of this condition.  You must, however, give us notice as soon as practicable after being made aware that the particular claim is a General Liability rather than a Workers Compensation claim.

**COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS**

Policy Number: GLO 0195438-00

# ZURICH AMERICAN INSURANCE COMPANY

Named Insured SKANSKA/WALSH JOINT VENTURE

Policy Period: Coverage begins 06-01-2016 at 12:01 A.M.; Coverage ends 06-01-2023 at 12:01 A.M.

Producer Name: ALLIANT INSURANCE SERVICES INC          Producer No. 91435-000

**Item 1.** Business Description:

**Item 2.** Limits of Insurance

| | |
|---|---|
| GENERAL AGGREGATE LIMIT | $ __10,000,000__ |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ __10,000,000__ |
| EACH OCCURRENCE LIMIT | $ __5,000,000__ |
|     DAMAGE TO PREMISES RENTED TO YOU LIMIT | $ __250,000__ Any one premises |
|     MEDICAL EXPENSE LIMIT | $ __5,000__ Any one person |
| PERSONAL AND ADVERTISING INJURY LIMIT | $ __5,000,000__ Any one person or organization |

**Item 3.** Retroactive Date  **(CG 00 02 ONLY)**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" offense which occurs before the Retroactive Date, if any, shown here: NONE

(Enter Date or "None" if no Retroactive Date applies)

**Item 4.** Form of Business and Location Premises

Form of Business: JOINT VENTURE

Location of All Premises You Own, Rent or Occupy: **See Schedule of Locations**

**Item 5.** Schedule of Forms and Endorsements

Form(s) and Endorsement(s) made a part of this Policy at time of issue:
**See Schedule of Forms and Endorsements**

**Item 6.** Premiums

| | |
|---|---|
| Coverage Part Premium: | $ ▇▇▇▇▇▇▇ |
| Other Premium: | |
| Total Premium: | $ ▇▇▇▇▇▇▇ |

U-GL-D-1115-B CW (9/04)

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

      (3) Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

      (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

   e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

 © Insurance Services Office, Inc., 2012

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

© Insurance Services Office, Inc., 2012

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g.  Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h.  Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i.  War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j.  Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

## COVERAGE C — MEDICAL PAYMENTS

1. **Insuring Agreement**

   a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

      (1) On premises you own or rent;

      (2) On ways next to premises you own or rent; or

      (3) Because of your operations;

      provided that:

      (a) The accident takes place in the "coverage territory" and during the policy period;

      (b) The expenses are incurred and reported to us within one year of the date of the accident; and

      (c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

   b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

      (1) First aid administered at the time of an accident;

      (2) Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

      (3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions**

   We will not pay expenses for "bodily injury":

   a. **Any Insured**

      To any insured, except "volunteer workers".

   b. **Hired Person**

      To a person hired to do work for or on behalf of any insured or a tenant of any insured.

   c. **Injury On Normally Occupied Premises**

      To a person injured on that part of premises you own or rent that the person normally occupies.

   d. **Workers' Compensation And Similar Laws**

      To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

   e. **Athletics Activities**

      To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

   f. **Products-Completed Operations Hazard**

      Included within the "products-completed operations hazard".

   g. **Coverage A Exclusions**

      Excluded under Coverage **A.**

## SUPPLEMENTARY PAYMENTS — COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   a. All expenses we incur.

   b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

   f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

© Insurance Services Office, Inc., 2012

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** — Coverage **A** — Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II – WHO IS AN INSURED**

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C;**

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

© Insurance Services Office, Inc., 2012

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** — Coverage **A** — Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

**a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

**b.** You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

**a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**e.** An elevator maintenance agreement;

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

   **(a)** Snow removal;

   **(b)** Road maintenance, but not construction or resurfacing; or

   **(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   **a.** False arrest, detention or imprisonment;

   **b.** Malicious prosecution;

   **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

   **f.** The use of another's advertising idea in your "advertisement"; or

   **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

   **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      **(1)** Products that are still in your physical possession; or

      **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

         **(a)** When all of the work called for in your contract has been completed.

         **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

         **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

         Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   **b.** Does not include "bodily injury" or "property damage" arising out of:

      **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

      **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

      **(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

   **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

  **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

  **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

  **a.** Means:

    **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      **(a)** You;

      **(b)** Others trading under your name; or

      **(c)** A person or organization whose business or assets you have acquired; and

    **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    **(2)** The providing of or failure to provide warnings or instructions.

  **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

  **a.** Means:

    **(1)** Work or operations performed by you or on your behalf; and

    **(2)** Materials, parts or equipment furnished in connection with such work or operations.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

    **(2)** The providing of or failure to provide warnings or instructions.

**Policy Number**
**GLO 0195438-00**

**ENDORSEMENT**

# ZURICH AMERICAN INSURANCE COMPANY

| | | |
|---|---|---|
| Named Insured | SKANSKA/WALSH JOINT VENTURE | Effective Date: 06-01-16 |
| | | 12:01 A.M., Standard Time |
| Agent Name | ALLIANT INSURANCE SERVICES INC | Agent No.   91435-000 |

## FUNGI OR BACTERIA EXCLUSION ENDORSEMENT

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

THE FOLLOWING EXCLUSION IS ADDED TO PARAGRAPH 2. EXCLUSIONS OF SECTION I. – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY AND PARAGRAPH 2. EXCLUSIONS OF COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY:

2. EXCLUSIONS

 THIS INSURANCE DOES NOT APPLY TO:

 FUNGI OR BACTERIA

A. "BODILY INJURY", "PROPERTY DAMAGE" OR "PERSONAL AND ADVERTISING INJURY " CAUSED DIRECTLY OR INDIRECTLY BY THE ACTUAL, ALLEGED OR THREATENED INHALATION OF, INGESTION OF, CONTACT WITH, EXPOSURE TO, EXISTENCE OF, OR PRESENCE OF ANY:

1. "FUNGI"OR "BACTERIA"; OR

2.  SUBSTANCE, VAPOR OR GAS PRODUCED BY OR ARISING OUT OF ANY "FUNGI" OR "BACTERIA".

B. LOSS, COSTS OR EXPENSES ARISING OUT OF THE ABATING, TESTING FOR, MONITORING, CLEANING UP, REMOVING, CONTAINING, TREATING, DETOXIFYING, NEUTRALIZING, REMEDIATING OR DISPOSING OF, OR IN ANY WAY RESPONDING TO, OR ASSESSING THE EFFECTS OF, "FUNGI" OR "BACTERIA", BY ANY INSURED OR BY ANY OTHER PERSON OR ENTITY.

C. FOR THE PURPOSES OF THIS EXCLUSION, THE FOLLOWING DEFINITIONS ARE ADDED:

1. "FUNGI" MEANS ANY TYPE OR FORM OF FUNGUS, INCLUDING MOLD OR MILDEW AND ANY MYCOTOXINS, "SPORES", SCENTS OR BYPRODUCTS PRODUCED OR RELEASED BY FUNGI.

2. "SPORES" MEANS REPRODUCTIVE BODIES PRODUCED BY OR ARISING OUT OF  "FUNGI".

3. "BACTERIA" MEANS ANY TYPE OR FORM OF BACTERIA AND ANY MATERIALS OR SUBSTANCES THAT ARE PRODUCED OR RELEASED BY BACTERIA.

THIS EXCLUSION DOES NOT APPLY TO ANY "FUNGI"OR "BACTERIA" THAT ARE, ARE ON, OR ARE CONTAINED IN, AN EDIBLE GOOD OR EDIBLE PRODUCT INTENDED FOR HUMAN OR ANIMAL CONSUMPTION.

**Policy Number**
**GLO 0195438-00**

**ENDORSEMENT**

# ZURICH AMERICAN INSURANCE COMPANY

| | | |
|---|---|---|
| Named Insured | SKANSKA/WALSH JOINT VENTURE | Effective Date:  06-01-16 |
| | | 12:01 A.M., Standard Time |
| Agent Name | ALLIANT INSURANCE SERVICES INC | Agent No.  91435-000 |

**EXPECTED AND INTENDED**

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED BY THE FOLLOWING:

 COMMERCIAL GENERAL LIABILITY COVERAGE PART

SECTION I – COVERAGES:  2A. EXPECTED OR INTENDED INJURY IS DELETED AND REPLACED WITH THE FOLLOWING:

"PROPERTY DAMAGE" EXPECTED OR INTENDED FROM THE STANDPOINT OF THE INSURED.  THIS EXCLUSION DOES NOT APPLY TO "BODILY INJURY" OR "PROPERTY DAMAGE" RESULTING FROM THE USE OF REASONABLE FORCE TO PROTECT PERSONS OR PROPERTY.

**U-GL-1114-A CW (10/02)**

**Policy Number**
**GLO 0195438-00**

**ENDORSEMENT**

# ZURICH AMERICAN INSURANCE COMPANY

Named Insured    SKANSKA/WALSH JOINT VENTURE

Effective Date:    06-01-16
12:01 A.M., Standard Time

Agent Name    ALLIANT INSURANCE SERVICES INC

Agent No.    91435-000

## DELETION OF PERSONAL INJURY

DELETION OF PERSONAL INJURY – CONTRACTUAL EXCLUSION

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED BY THE FOLLOWING:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

THE FOLLOWING IS DELETED:

SECTION I – COVERAGES

COVERAGE B-PERSONAL AND ADVERTISING INJURY

1. INSURING AGREEMENTS

E.-CONTRACTUAL LIABILITY

U-GL-1114-A CW (10/02)

**Policy Number**
**GLO 0195438-00**

**ENDORSEMENT**

# ZURICH AMERICAN INSURANCE COMPANY

| | | |
|---|---|---|
| Named Insured | SKANSKA/WALSH JOINT VENTURE | Effective Date: 06-01-16 |
| | | 12:01 A.M., Standard Time |
| Agent Name | ALLIANT INSURANCE SERVICES INC | Agent No. 91435-000 |

### PREMIUM AND REPORTS AGREEMENT

PREMIUM AND REPORTS AGREEMENT – COMPOSITE RATED
POLICIES – CONTROLLED INSURANCE PROGRAM

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE:
COMMERCIAL GENERAL LIABILITY COVERAGE PART


SCHEDULE
BASES OF PREMIUM (SELECT ONE):
___PER $100 OF "CONSTRUCTION VALUE"
___PER $100 OF "WORKER'S COMPENSATION PAYROLL"
X PER $1,000 OF "CONSTRUCTION VALUE"
___PER $1,000 OF "WORKER'S COMPENSATION PAYROLL"

DESCRIBED CLASSIFICATION, ESTIMATED EXPOSURE, COMPOSITE RATE,
ESTIMATED PREMIUM:

| DESCRIBED CLASSIFICATION | ESTIMATED EXPOSURE | COMPOSITE RATE | ESTIMATED PREMIUM |
|---|---|---|---|
| ALL ENROLLED CONTRACTORS | $ ▮▮▮▮▮▮▮ | ▮▮▮▮▮ | ▮▮▮▮▮▮ |


ADVANCE /DEPOSIT PREMIUM:  $
MINIMUM PREMIUM: ▮▮▮▮▮▮▮
_____

PARAGRAPH 5. PREMIUM AUDIT OF SECTION IV – COMMERCIAL GENERAL
LIABILITY CONDITIONS IS REPLACED BY THE FOLLOWING:

5. PREMIUM AUDIT

A. WE WILL COMPUTE ALL PREMIUMS FOR THIS COVERAGE PART
ACCORDING TO THE COMPOSITE RATE(S) SHOWN IN THE SCHEDULE OF THIS
ENDORSEMENT OR ATTACHED HERETO.  WE WILL COMPUTE THE FINAL PREMIUM
DUE WHEN WE DETERMINE THE ACTUAL EXPOSURES AT THE TIME OF FINAL
AUDIT.  THIS ENDORSEMENT DOES NOT INCLUDE ANY TERRORISM PREMIUM.  ANY
TERRORISM PREMIUM ASSOCIATED WITH THIS COVERAGE PART WILL BE CHARGED
FOR AND SHOWN SEPARATELY.

B. THE FIRST NAMED INSURED SHALL PAY THE ADVANCE / DEPOSIT
PREMIUM SHOWN IN THE SCHEDULE OF THIS ENDORSEMENT ON OR BEFORE THE
FIRST DAY OF THE POLICY PERIOD.  IN ADDITION, THE FIRST NAMED INSURED
SHALL PAY, WITHIN 20 DAYS FOLLOWING THE DATE OF MAILING OR DELIVERY
OF A STATEMENT OF INTERIM AUDITED PREMIUM, ANY ADDITIONAL EARNED
PREMIUM THAT WE COMPUTE DURING ANY INTERIM AUDIT CONDUCTED BY US
DURING THE POLICY PERIOD.

C. WITHIN 180 DAYS AFTER THE EXPIRATION DATE OF THE POLICY, WE
WILL CONDUCT A FINAL AUDIT, WHICH SHALL NOT BE WAIVED.  WE WILL
COMPUTE THE EARNED PREMIUM FOR THE POLICY PERIOD BY MULTIPLYING THE
COMPOSITE RATE FOR EACH DESCRIBED CLASSIFICATION SHOWN IN THE
SCHEDULE OF THIS ENDORSEMENT BY THE ACTUAL EXPOSURES AS DETERMINED BY
SUCH FINAL AUDIT.  IF THE RESULTING EARNED PREMIUM IS GREATER THAN

U-GL-1114-A CW (10/02)

**Policy Number**
**GLO 0195438-00**

**ENDORSEMENT**

# ZURICH AMERICAN INSURANCE COMPANY

| | | | |
|---|---|---|---|
| Named Insured | SKANSKA/WALSH JOINT VENTURE | Effective Date: | 06-01-16 |
| | | | 12:01 A.M., Standard Time |
| Agent Name | ALLIANT INSURANCE SERVICES INC | Agent No. | 91435-000 |

## PREMIUM AND REPORTS AGREEMENT

THE SUM OF THE ADVANCE / DEPOSIT PREMIUM SHOWN IN THE SCHEDULE AND ANY INTERIM AUDITED PREMIUM, THE FIRST NAMED INSURED SHALL PAY US THE EXCESS; IF LESS, WE WILL RETURN THE UNEARNED PREMIUM TO THE FIRST NAMED INSURED.  HOWEVER, THE EARNED PREMIUM WILL NOT BE LESS THAN THE MINIMUM PREMIUM SHOWN IN THE SCHEDULE.  IF NO MINIMUM PREMIUM IS SHOWN IN THE SCHEDULE, SUCH MINIMUM PREMIUM SHALL BE EQUAL TO THE ADVANCE / DEPOSIT PREMIUM SHOWN IN THE SCHEDULE.

D. THE FIRST NAMED INSURED, ALL ENROLLED CONTRACTORS AND ALL ENROLLED SUBCONTRACTORS MUST KEEP RECORDS OF THE INFORMATION WE NEED FOR PREMIUM COMPUTATION AND SEND US COPIES AT SUCH TIMES AS WE MAY REQUEST.

E. SOLELY WITH RESPECT TO THIS ENDORSEMENT, THE COMPOSITE RATE (S) APPLIES PER $100 OF BASES OF PREMIUM OR PER $1,000 OF BASES OF PREMIUM AS INDICATED IN THE SCHEDULE OF THIS ENDORSEMENT.

F. SOLELY WITH RESPECT TO THIS ENDORSEMENT, THE FOLLOWING ITEMS ARE DEFINED:

(1) "CONSTRUCTION VALUE":

(A) MEANS THE GROSS AMOUNT OF MONIES PAID IN CONNECTION WITH THE "DESIGNATED PROJECT(S)", INCLUDING ALL AMOUNTS PAID TO ENROLLED CONTRACTORS AND ENROLLED SUBCONTRACTORS.

(B) DOES NOT INCLUDE:

(I) INSURANCE COSTS AND FEES; LAND ACQUISITION COSTS, ARCHITECTS, ENGINEERS AND OTHER DESIGN CONSULTANT FEES, AND COSTS ASSOCIATED WITH REGULATORY PERMITS AND APPROVALS.  HOWEVER, IF SUCH COSTS AND FEES ARE USED TO DETERMINE THE ADVANCE / DEPOSIT PREMIUM SHOWN IN THE SCHEDULE OF THIS ENDORSEMENT AT THE BEGINNING OF THE POLICY PERIOD DUE TO INFORMATION PROVIDED BY YOU, SUCH COSTS AND FEES WILL BE CONSIDERED PART OF THE "CONSTRUCTION VALUE" AMOUNT;

(II) CHANGE ORDERS INITIATED BY THE INSURED DURING THE POLICY PERIOD OR DURING AN AUDIT WHICH ADDRESS ANY ITEMS INDICATED UNDER PARAGRAPH (B)(I) ABOVE.  SUCH CHANGE ORDERS WILL NOT ALTER THE "CONSTRUCTION VALUE" AMOUNT DURING THE POLICY PERIOD OR DURING AN AUDIT; OR

(III) COSTS ASSOCIATED WITH THE WORK PERFORMED PRIOR TO THE EFFECTIVE DATE OF THE PROJECT.

(IV) COSTS ASSOCIATED WITH LOCAL UNION NO. 3, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKER.

(2) "RESIDENTIAL BUILDING CONSTRUCTION" MEANS "YOUR WORK" FOR:

(A) ANY STRUCTURE OCCUPIED AS, OR INTENDED TO BE OCCUPIED AS A SINGLE FAMILY OR MULTI-FAMILY DWELLING, INCLUDING BUT NOT LIMITED TO HOUSES, TOWNHOMES, TOWNHOUSES, CONDOMINIUMS, COOPERATIVES, DUPLEXES, TRIPLEXES, FOURPLEXES OR APARTMENTS;

U-GL-1114-A CW (10/02)

**Policy Number**
**GLO 0195438-00**

**ENDORSEMENT**

# ZURICH AMERICAN INSURANCE COMPANY

| | | |
|---|---|---|
| Named Insured | SKANSKA/WALSH JOINT VENTURE | Effective Date:   06-01-16 |
| | | 12:01 A.M., Standard Time |
| Agent Name | ALLIANT INSURANCE SERVICES INC | Agent No.   91435-000 |

### PREMIUM AND REPORTS AGREEMENT

(B) ANY STRUCTURE THAT COMBINES ANY OTHER USE WITH "RESIDENTIAL BUILDING CONSTRUCTION" AS DESCRIBED IN PARAGRAPH (A) ABOVE, PROVIDED SUCH STRUCTURE CONTAINS 50% OR MORE OF THE OCCUPANCY OR INTENDED OCCUPANCY INDICATED IN PARAGRAPH (A) ABOVE, AS MEASURED IN SQUARE FOOTAGE; AND

(C) ANY OTHER STRUCTURE OR IMPROVEMENT WHICH IS ATTACHED TO OR ANCILLARY TO ANY STRUCTURE IDENTIFIED IN PARAGRAPHS (A) OR (B) ABOVE,

CONSTRUCTED, RECONSTRUCTED, REMODELED OR REPAIRED.

"RESIDENTIAL BUILDING CONSTRUCTION" DOES NOT INCLUDE "YOUR WORK" FOR ANY STRUCTURE THAT FUNCTIONS SOLELY AS TIME SHARES, A HOTEL, A MOTEL, A NURSING HOME, AN ASSISTED LIVING SENIOR HOUSING CARE FACILITY, A COLLEGE CAMPUS DORMITORY OR GOVERNMENT HOUSING ON MILITARY BASES.

(3) "ALL OTHER CONSTRUCTION" MEANS "YOUR WORK" THAT IS NOT INCLUDED UNDER "RESIDENTIAL BUILDING CONSTRUCTION" ABOVE.

(4) "WORKER'S COMPENSATION PAYROLL" MEANS WORKERS COMPENSATION PAYROLL AS DEFINED IN OUR WORKERS COMPENSATION RATING MANUAL(S).

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

**U-GL-1114-A CW (10/02)**

**Policy Number**
**GLO 0195438-00**

**ENDORSEMENT**

# ZURICH AMERICAN INSURANCE COMPANY

| Named Insured | SKANSKA/WALSH JOINT VENTURE | Effective Date: | 06-01-16 |
|---|---|---|---|
| | | | 12:01 A.M., Standard Time |
| Agent Name | ALLIANT INSURANCE SERVICES INC | Agent No. | 91435-000 |

## SOLE AGENT FOR INSUREDS

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

IT IS AGREED THAT THIS POLICY IS ISSUED AT THE DIRECTION OF THE FIRST NAMED INSURED, WHICH SHALL BE SOLELY RESPONSIBLE FOR THE PAYMENT OF PREMIUMS AND LOSSES UNDER THE DEDUCTIBLE AMOUNT AS OUTLINED IN THE POLICY AND SHALL HAVE OTHER POLICY RIGHTS TO ACT ON BEHALF OF INSUREDS.  THE INSUREDS HAVE ASSIGNED TO THE FIRST NAMED INSURED:

1. THE RIGHTS, TITLE, AND INTEREST TO RECEIVE ANY AND ALL RETURN OF PREMIUM, DIVIDENDS, DISCOUNTS OR OTHER ADJUSTMENTS; AND

2. THE RIGHT TO REQUEST CANCELLATION OF THE POLICY; AND

3. AUTHORIZATION TO ACT ON THEIR BEHALF AS RESPECTS CHANGES TO ANY PROVISIONS OF THIS INSURANCE POLICY.

WE CONSENT TO SUCH ASSIGNMENT OF RIGHTS, TITLE AND INTEREST.

OTHER TERMS

ALL OTHER TERMS AND CONDITIONS OF THE POLICY NOT CHANGED BY THE PROVISIONS OF THIS ENDORSEMENT CONTINUE TO APPLY AS CURRENTLY WRITTEN.

**U-GL-1114-A CW (10/02)**

**Policy Number**
**GLO 0195438-00**

**ENDORSEMENT**

# ZURICH AMERICAN INSURANCE COMPANY

| Named Insured | SKANSKA/WALSH JOINT VENTURE | Effective Date: | 06-01-16 |
| | | | 12:01 A.M., Standard Time |
| Agent Name | ALLIANT INSURANCE SERVICES INC | Agent No. | 91435-000 |

### JOINT DEFENSE – WRAP UP

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

THE FOLLOWING IS ADDED TO SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS:

7. SEPARATION OF INSUREDS PART B. IS REPLACED WITH THE FOLLOWING:

B. SEPARATELY TO EACH INSURED AGAINST WHOM CLAIM IS MADE OR "SUIT" IS BROUGHT, HOWEVER;

(1) ABSENT AN ACTUAL CONFLICT OF INTEREST BETWEEN TWO INSUREDS, WE SHALL HAVE THE RIGHT TO RETAIN ONE COUNSEL TO DEFEND ALL SUCH INSUREDS IN A JOINT DEFENSE.

AN ACTUAL CONFLICT OF INTEREST SHALL BE DEEMED TO EXIST ONLY WHEN THE FOLLOWING CIRCUMSTANCES EXIST:

(A). AN INSURED AGAINST WHOM CLAIM IS MADE OR "SUIT" IS BROUGHT PERFORMED WORK OR FURNISHED MATERIALS, PARTS OR EQUIPMENT IN CONNECTION WITH SUCH WORK ON A SPECIFIC PORTION OF THE CONSTRUCTION PROJECT ON WHICH ANY OTHER INSURED ALSO PERFORMED WORK OR FURNISHED MATERIALS, PARTS OR EQUIPMENT IN CONNECTION WITH THAT SAME SPECIFIC PORTION OF THE CONSTRUCTION PROJECT; AND

(B). AN APPORTIONMENT OF RESPONSIBILITY WILL OCCUR BETWEEN THE INSUREDS FOR "BODILY INJURY" OR "PROPERTY DAMAGE" ALLEGED TO HAVE BEEN CONCURRENTLY, JOINTLY OR CONSECUTIVELY CAUSED IN CONNECTION WITH THAT SAME SPECIFIC PORTION OF THE CONSTRUCTION PROJECT.

(2) AN ACTUAL CONFLICT OF INTEREST MAY BE WAIVED BY THE INSURED IN WRITING.

**U-GL-1114-A CW (10/02)**

| | Policy Number |
| --- | --- |
| | **GLO 0195438-00** |

**ENDORSEMENT**

# ZURICH AMERICAN INSURANCE COMPANY

| Named Insured | SKANSKA/WALSH JOINT VENTURE | Effective Date: | 06-01-16 |
| --- | --- | --- | --- |
| | | 12:01 A.M., Standard Time | |
| Agent Name | ALLIANT INSURANCE SERVICES INC | Agent No. | 91435-000 |

## DAMAGE TO THE PROJECT EXCLUSION

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SOLELY WITH RESPECT TO ANY "DESIGNATED PROJECT", EXCLUSION J. OF PARAGRAPH 2. EXCLUSIONS OF SECTION I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY IS REPLACED BY THE FOLLOWING:

2. EXCLUSIONS

THIS INSURANCE DOES NOT APPLY TO:

J. DAMAGE TO PROPERTY

"PROPERTY DAMAGE" TO:

(1) PROPERTY YOU OWN, RENT, OR OCCUPY, INCLUDING ANY COSTS OR EXPENSES INCURRED BY YOU, OR ANY OTHER PERSON, ORGANIZATION OR ENTITY, FOR REPAIR, REPLACEMENT, ENHANCEMENT, RESTORATION OR MAINTENANCE OF SUCH PROPERTY FOR ANY REASON, INCLUDING PREVENTION OF INJURY TO A PERSON OR DAMAGE TO ANOTHER'S PROPERTY;

(2) PREMISES YOU SELL, GIVE AWAY OR ABANDON, IF THE "PROPERTY DAMAGE" ARISES OUT OF ANY PART OF THOSE PREMISES;

(3) PROPERTY LOANED TO YOU;

(4) PERSONAL PROPERTY IN THE CARE, CUSTODY OR CONTROL OF ANY INSURED;

(5) ANY PART OF ANY "DESIGNATED PROJECT(S)", INCLUDING MATERIALS, MACHINERY AND EQUIPMENT INTENDED TO BECOME A PART OF THE "DESIGNATED PROJECT(S)", IF SUCH "PROPERTY DAMAGE" OCCURS DURING THE COURSE OF CONSTRUCTION; OR

(6) THAT PARTICULAR PART OF ANY PROPERTY THAT MUST BE RESTORED, REPAIRED OR REPLACED BECAUSE "YOUR WORK" WAS INCORRECTLY PERFORMED ON IT.

PARAGRAPHS (1) AND (3) OF THIS EXCLUSION DO NOT APPLY TO "PROPERTY DAMAGE" (OTHER THAN DAMAGE BY FIRE) TO PREMISES, INCLUDING THE CONTENTS OF SUCH PREMISES, RENTED TO YOU FOR A PERIOD OF 7 OR FEWER CONSECUTIVE DAYS. A SEPARATE LIMIT OF INSURANCE APPLIES TO DAMAGE TO PREMISES RENTED TO YOU AS DESCRIBED IN SECTION III – LIMITS OF INSURANCE.

PARAGRAPH (2) OF THIS EXCLUSION DOES NOT APPLY IF THE PREMISES ARE "YOUR WORK" AND WERE NEVER OCCUPIED, RENTED OR HELD FOR RENTAL BY YOU.

PARAGRAPHS (3), (5) AND (6) OF THIS EXCLUSION DO NOT APPLY TO LIABILITY ASSUMED UNDER A SIDETRACK AGREEMENT.

**Policy Number**
**GLO 0195438-00**

**ENDORSEMENT**

# ZURICH AMERICAN INSURANCE COMPANY

| Named Insured | SKANSKA/WALSH JOINT VENTURE | Effective Date: | 06-01-16 |
|---|---|---|---|
| | | | 12:01 A.M., Standard Time |
| Agent Name | ALLIANT INSURANCE SERVICES INC | Agent No. | 91435-000 |

### DAMAGE TO THE PROJECT EXCLUSION

PARAGRAPH (6) OF THIS EXCLUSION DOES NOT APPLY TO "PROPERTY DAMAGE" INCLUDED IN THE "PRODUCTS-COMPLETED OPERATIONS HAZARD".

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

U-GL-1114-A CW (10/02)

**Policy Number**
**GLO 0195438-00**

**ENDORSEMENT**

# ZURICH AMERICAN INSURANCE COMPANY

| Named Insured | SKANSKA/WALSH JOINT VENTURE | Effective Date: | 06-01-16 |
|---|---|---|---|
| | | | 12:01 A.M., Standard Time |
| Agent Name | ALLIANT INSURANCE SERVICES INC | Agent No. | 91435-000 |

## LIMITATION OF COVERAGE TO DESIGNATED

LIMITATION OF COVERAGE TO DESIGNATED PROJECT(S)

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

PROJECT:  ALL CONSTRUCTION OPERATIONS ASSOCIATED WITH THE PROJECT(S) ENDORSED ON TO THIS POLICY VIA THE DESIGNATED PROJECT-DECLARATIONS ENDORSEMENT, OR THE FOLLOWING PROJECT(S)  TO BE INCLUDED IN THE PROGRAM:

DESIGNATED PROJECT(S): LAGUARDIA CENTRAL TERMINAL BUILDING REPLACEMENT PROJECT INCLUDING THE DEDICATED OFF SITE STAGING SITES OF LUYSTERS CREEK AND INGRAM MOUNTAIN

"DESIGNATED PROJECT" MEANS:

THE PROJECT SHOWN IN THIS SCHEDULE, INCLUDING OPERATIONS ON AND OFF THE PROJECT SITE OR LOCATION THAT ARE NECESSARY OR INCIDENTAL TO THE PROJECT AS DESCRIBED IN CONTRACT DOCUMENTS.  "DESIGNATED PROJECT" INCLUDES THE WORK SITE(S) ASSOCIATED WITH SUCH "DESIGNATED PROJECT (S)" AND ANY OFFSITE STAGING AREAS, AS LONG AS THEY ARE DEDICATED SOLELY TO THE "DESIGNATED PROJECT(S)".  ALSO INCLUDED ARE THOSE AREAS IMMEDIATELY ADJACENT TO THE "DESIGNATED PROJECTS", INCLUDING BOUNDARIES OF LOCAL STREETS OR PUBLIC EASEMENT, IN WHICH THE ENROLLED SUBCONTRACTORS AT ANY TIER PERFORM WORK UNDER THEIR RESPECTIVE CONTRACTS.

(IF NO ENTRY APPEARS ABOVE, INFORMATION REQUIRED TO COMPLETE THIS ENDORSEMENT WILL BE SHOWN IN THE DECLARATIONS AS APPLICABLE TO THIS ENDORSEMENT.)

1. THE INSURANCE PROVIDED BY THIS POLICY APPLIES ONLY TO "BODILY INJURY", "PROPERTY DAMAGE", "PERSONAL AND ADVERTISING INJURY" AND MEDICAL EXPENSES ARISING OUT OF THE "DESIGNATED PROJECT (S)" SHOWN IN THE SCHEDULE ABOVE.

2.  FOR PURPOSES OF THIS INSURANCE, "DESIGNATED PROJECT" DOES NOT INCLUDE:

(1) "YOUR WORK" AT OTHER PROJECTS OR PROJECT SITE(S) OR LOCATIONS NOT SHOWN IN THE SCHEDULE ABOVE;

(2) YOUR OTHER OPERATIONS THAT ARE NOT CONNECTED TO OR DO NOT EMANATE FROM THE PROJECT SHOWN IN THE SCHEDULE ABOVE, INCLUDING OPERATIONS AT YOUR PERMANENT LOCATIONS; OR

(3) OPERATIONS IN THE BUSINESS DESCRIBED IN THE DECLARATIONS OF THIS POLICY BUT COVERED BY THE PROVISIONS OF ANOTHER POLICY.

**Policy Number**
**GLO 0195438-00**

**ENDORSEMENT**

# ZURICH AMERICAN INSURANCE COMPANY

| Named Insured | SKANSKA/WALSH JOINT VENTURE | Effective Date: | 06-01-16 |
|---|---|---|---|
| | | 12:01 A.M., Standard Time | |
| Agent Name | ALLIANT INSURANCE SERVICES INC | Agent No. | 91435-000 |

## EXTENDED COMPLETED OPERATIONS

EXTENDED COMPLETED OPERATIONS – DESIGNATED PROJECT – SHARED PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT – POLICY PERIOD AND EXTENDED COVERAGE PERIOD

1. IT IS AGREED THAT FOR EACH "DESIGNATED PROJECT" TO WHICH THIS POLICY APPLIES, THE COVERAGE PROVIDED UNDER THE "PRODUCTS-COMPLETED OPERATIONS HAZARD" OF THIS POLICY SHALL BE EXTENDED FOR A PERIOD OF 10 YEARS.  THE EXTENDED COMPLETED OPERATIONS COVERAGE PERIOD SHALL BEGIN ON THE "PROJECT COMPLETION DATE" OF THE "DESIGNATED PROJECT".

THIS EXTENDED COMPLETED OPERATIONS COVERAGE APPLIES ONLY TO "BODILY INJURY" AND "PROPERTY DAMAGE" THAT OCCURS DURING THE EXTENDED COMPLETED OPERATION COVERAGE PERIOD AND IS CAUSED BY AN "OCCURRENCE". ALL OTHER TERMS AND CONDITIONS OF THIS POLICY AND ENDORSEMENTS APPLY TO THE EXTENDED COMPLETED OPERATIONS COVERAGE UNLESS EXPRESSLY REVISED BY ENDORSEMENT.

2. THE EXTENDED COMPLETED OPERATIONS COVERAGE AFFORDED BY THIS ENDORSEMENT SHALL NOT TAKE EFFECT IF THIS POLICY IS CANCELLED FOR ANY REASON OTHER THAN EARLY COMPLETION OF THE PROJECT.

3. THE FOLLOWING IS ADDED TO SECTION III, LIMITS OF INSURANCE, AND REPLACES ANY LANGUAGE IN THE POLICY TO THE
        CONTRARY:

THE PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT APPLICABLE TO THIS POLICY IS THE MOST WE WILL PAY UNDER COVERAGE A FOR ALL DAMAGES BECAUSE OF "BODILY INJURY" AND "PROPERTY DAMAGE" INCLUDED IN THE "PRODUCTS-COMPLETED OPERATIONS HAZARD" FOR THE POLICY PERIOD AND THE EXTENDED COMPLETED OPERATIONS COVERAGE PERIOD COMBINED, REGARDLESS OF THE NUMBER OF YEARS IN THE POLICY PERIOD AND THE EXTENDED COMPLETED OPERATIONS COVERAGE PERIOD AND THE NUMBER OF "DESIGNATED PROJECTS" COVERED UNDER THIS POLICY.

4. FOR PURPOSES OF THIS INSURANCE, THE FOLLOWING ADDITIONAL DEFINITION APPLIES:

     "PROJECT COMPLETION DATE" MEANS THE EARLIEST DATE WITHIN OUR POLICY PERIOD OF THE FOLLOWING:

(1) THE DATE OF FINAL WRITTEN ACCEPTANCE OF THE "DESIGNATED PROJECT" BY THE OWNER; OR

(2) WHEN ALL OF THE WORK CALLED FOR IN YOUR CONTRACT HAS BEEN COMPLETED AND THE PARTIES TO THE CONTRACT AGREE THAT THE "PROJECT COMPLETION DATE" HAS BEEN ATTAINED; OR

(3) WHEN THAT PART OF THE WORK DONE AT A "DESIGNATED PROJECT" STRUCTURE, SITE OR LOCATION HAS BEEN PUT TO ITS INTENDED USE OR IS READY FOR ITS INTENDED USE BY ANY PERSON OR ORGANIZATION OTHER THAN ANOTHER CONTRACTOR OR SUBCONTRACTOR WORKING ON THE

**U-GL-1114-A CW (10/02)**

**Policy Number**
**GLO 0195438-00**

**ENDORSEMENT**

# ZURICH AMERICAN INSURANCE COMPANY

| | | |
|---|---|---|
| Named Insured | SKANSKA/WALSH JOINT VENTURE | Effective Date:  06-01-16 |
| | | 12:01 A.M., Standard Time |
| Agent Name | ALLIANT INSURANCE SERVICES INC | Agent No.  91435-000 |

## EXTENDED COMPLETED OPERATIONS

SAME "DESIGNATED PROJECT"; OR

(4) WHEN ALL OF THE WORK TO BE DONE AT THE "DESIGNATED PROJECT" STRUCTURE, SITE OR LOCATION IS SUBSTANTIALLY COMPLETE AND IS IN USE OR IS READY FOR ITS INTENDED USE, IF YOUR CONTRACT CALLS FOR WORK AT MORE THAN ONE STRUCTURE, SITE OR LOCATION.

ALL OTHER TERMS AND CONDITIONS OF THE POLICY NOT CHANGED BY THE PROVISIONS OF THIS ENDORSEMENT CONTINUE TO APPLY AS CURRENTLY WRITTEN.

**U-GL-1114-A CW (10/02)**

**Policy Number**
**GLO 0195438-00**

**ENDORSEMENT**

# ZURICH AMERICAN INSURANCE COMPANY

| Named Insured | SKANSKA/WALSH JOINT VENTURE | Effective Date: | 06-01-16 |
|---|---|---|---|
| | | | 12:01 A.M., Standard Time |
| Agent Name | ALLIANT INSURANCE SERVICES INC | Agent No. | 91435-000 |

## EXTENDED ONGOING OPERATIONS COVERAGE

EXTENDED ONGOING OPERATIONS COVERAGE – REPAIR WORK

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

THE INTRODUCTION TO THIS COVERAGE PART AND SECTION II. WHO IS AN INSURED IS AMENDED TO INCLUDE THE FOLLOWING ADDITIONAL PROVISION: NO PERSON OR ORGANIZATION WILL QUALIFY AS A NAMED INSURED UNDER THIS COVERAGE PART IF THAT PERSON(S) OR ORGANIZATION(S) HAS ANY OWNERSHIP INTEREST IN THE "DESIGNATED PROJECT" OR THE LOCATION WHERE "REPAIR WORK" IS BEING PERFORMED.

A. THE INSURANCE PROVIDED UNDER COVERAGE A. OF THIS COVERAGE PART AS RESPECTS THE "DESIGNATED PROJECT" IS EXTENDED TO APPLY TO ONGOING "REPAIR WORK" PERFORMED SUBSEQUENT TO THE "PROJECT COMPLETION DATE". OUR COVERAGE FOR ONGOING "REPAIR WORK" ONLY BEGINS ON THE "PROJECT COMPLETION DATE" OF THE "DESIGNATED PROJECT" AND EXPIRES 2 YEARS AFTER THE "PROJECT COMPLETION DATE". IF NO TIME PERIOD IS SHOWN ABOVE, THEN THE COVERAGE PROVIDED BY THIS ENDORSEMENT EXPIRES 2 (TWO) YEARS AFTER THE "PROJECT COMPLETION DATE".

B. FOR PURPOSES OF THE COVERAGE PROVIDED BY THIS ENDORSEMENT, THE FOLLOWING CHANGES APPLY AS RESPECTS SECTION I. COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY:

1. INSURING AGREEMENT B. (1) AND (2) ARE REPLACED WITH THE FOLLOWING:

B. THIS INSURANCE APPLIES TO "BODILY INJURY" AND "PROPERTY DAMAGE" ONLY IF:

(1) THE "BODILY INJURY" OR "PROPERTY DAMAGE" IS CAUSED SOLELY BY AN "OCCURRENCE" THAT ARISES OUT OF "REPAIR WORK" BEING PERFORMED BY OR ON BEHALF OF A NAMED INSURED AT THE "DESIGNATED PROJECT" IN THE "COVERAGE TERRITORY"; AND

(2) THE "BODILY INJURY" OR "PROPERTY DAMAGE" OCCURS WITHIN THE PERIOD IDENTIFIED IN PARAGRAPH A ABOVE.

2. EXCLUSIONS IS AMENDED TO INCLUDE THE FOLLOWING ADDITIONAL EXCLUSION:

THIS INSURANCE DOES NOT APPLY TO "BODILY INJURY" OR "PROPERTY DAMAGE" INCLUDED WITHIN THE "PRODUCTS-COMPLETED OPERATIONS HAZARD."

3. THE FOLLOWING PARAGRAPH IS ADDED AFTER THE LAST PARAGRAPH UNDER SECTION III LIMITS OF INSURANCE:

NO ADDITIONAL LIMITS OF INSURANCE ARE PROVIDED FOR EXTENDED ONGOING OPERATIONS COVERAGE – REPAIR WORK. THE COVERAGE A. LIMITS OF INSURANCE APPLICABLE TO THIS COVERAGE ARE THE LIMITS APPLYING TO THE LAST ANNUAL PERIOD OF THIS POLICY THESE EACH OCCURRENCE AND GENERAL AGGREGATE LIMITS APPLY TO ALL COVERED "REPAIR WORK" DAMAGES INCURRED DURING THE LAST ANNUAL PERIOD OF THE POLICY

**Policy Number**
**GLO 0195438-00**

**ENDORSEMENT**

# ZURICH AMERICAN INSURANCE COMPANY

| Named Insured | SKANSKA/WALSH JOINT VENTURE | Effective Date: | 06-01-16 |
|---|---|---|---|
| | | 12:01 A.M., Standard Time | |
| Agent Name | ALLIANT INSURANCE SERVICES INC | Agent No. | 91435-000 |

### EXTENDED ONGOING OPERATIONS COVERAGE

AND THE ENTIRE EXTENDED ONGOING OPERATIONS COVERAGE – REPAIR WORK PERIOD  (AS DESIGNATED IN PARAGRAPH A. OF THIS ENDORSEMENT) AS WELL AS TO ANY OTHER COVERED DAMAGES, OTHER THAN "REPAIR WORK" DAMAGES, SUBJECT TO THESE LIMITS THAT MAY ALSO BE INCURRED DURING THE LAST REGULAR ANNUAL PERIOD OF THE POLICY.

4. SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS IS AMENDED AS FOLLOWS:

A. THE FOLLOWING CONDITION IS ADDED:

 THE COVERAGE PROVIDED BY THIS ENDORSEMENT SHALL NOT TAKE EFFECT IF THIS POLICY IS CANCELED FOR ANY REASON.

B. CONDITION 4. OTHER INSURANCE, B. EXCESS INSURANCE, PARAGRAPH (1) IS AMENDED TO INCLUDE:

(E)  ANY OTHER PRIMARY INSURANCE AVAILABLE TO YOU COVERING LIABILITY FOR DAMAGES ARISING OUT OF THE "REPAIR WORK", FOR WHICH YOU HAVE BEEN ADDED AS AN ADDITIONAL INSURED BY ATTACHMENT OF AN ENDORSEMENT TO ANY OTHER POLICY PROVIDING COVERAGE FOR THE SAME  "OCCURRENCE", CLAIM OR "SUIT".

5. THE FOLLOWING ADDITIONAL DEFINITIONS ARE ADDED TO SECTION V. DEFINITIONS:

A. "REPAIR WORK" MEANS THE  ONGOING PERIODIC INSPECTIONS,  CORRECTIONS, REPAIR OR REPLACEMENT WORK AT THE "DESIGNATED PROJECT", PURSUANT TO OBLIGATIONS YOU HAVE ASSUMED UNDER THE CONSTRUCTION AGREEMENT ENTERED INTO DURING THE POLICY TERM AND FOR WHICH COMPENSATION HAS BEEN PAID TO YOU AS A NAMED INSURED UNDER THE CONTROLLED INSURANCE PROGRAM COVERED BY THIS POLICY.

B. "PROJECT COMPLETION DATE" MEANS THE EARLIEST DATE WITHIN OUR POLICY PERIOD OF THE FOLLOWING:

(1) THE DATE OF FINAL WRITTEN ACCEPTANCE OF THE "DESIGNATED PROJECT" BY THE OWNER; OR

(2) WHEN ALL OF THE WORK CALLED FOR IN YOUR CONTRACT HAS BEEN COMPLETED AND THE PARTIES TO THE CONTRACT AGREE THAT THE "PROJECT COMPLETION DATE" HAS BEEN ATTAINED; OR

(3) WHEN THAT PART OF THE WORK DONE AT A "DESIGNATED PROJECT" STRUCTURE, SITE OR LOCATION HAS BEEN PUT TO ITS INTENDED USE OR IS READY FOR ITS INTENDED USE BY ANY PERSON OR ORGANIZATION  OTHER  THAN ANOTHER CONTRACTOR OR SUBCONTRACTOR WORKING ON THE SAME "DESIGNATED PROJECT"; OR

(4) WHEN ALL OF THE WORK TO BE DONE AT THE "DESIGNATED PROJECT" STRUCTURE, SITE OR LOCATION IS SUBSTANTIALLY COMPLETE AND IS IN USE OR IS READY FOR ITS INTENDED USE, IF YOUR CONTRACT CALLS FOR WORK AT MORE THAN ONE STRUCTURE, SITE OR LOCATION.

**Policy Number**
**GLO 0195438-00**

**ENDORSEMENT**

# ZURICH AMERICAN INSURANCE COMPANY

| Named Insured | SKANSKA/WALSH JOINT VENTURE | Effective Date: | 06-01-16 |
|---|---|---|---|
| | | | 12:01 A.M., Standard Time |
| Agent Name | ALLIANT INSURANCE SERVICES INC | Agent No. | 91435-000 |

### EXTENDED ONGOING OPERATIONS COVERAGE

ALL OTHER TERMS AND CONDITIONS OF THE POLICY, THE COMMERCIAL GENERAL
LIABILITY DEDUCTIBLE ENDORSEMENT, AND ANY OTHER ENDORSEMENT TO THE
POLICY REMAIN THE SAME.

U-GL-1114-A CW (10/02)

Policy Number

# ENDORSEMENT

## COMPANY

Named Insured:                                    Effective Date:
                                                  12:01 A.M., Standard Time

Agent Name:                                       Agent No.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

### COMBINED DEDUCTIBLE AGGREGATE

This endorsement modifies insurance provided under the:
**Commercial General Liability Coverage Part**
**Employee Benefits Liability Coverage Part**
**Liquor Liability Coverage Part**
**Stop Gap Employers Liability Coverage Part**

### DEDUCTIBLE SCHEDULE

| Coverage | | | Deductible Amount | Basis |
|---|---|---|---|---|
| Coverage | A. | "Bodily Injury" and "Property Damage" Liability<br>All persons or organizations | $  3,000,000 | Each "Occurrence" |
| | | "Bodily Injury" Liability Only<br>All persons or organizations | $  N/A | Each "Occurrence" |
| | | "Property Damage" Liability Only<br>All persons or organizations | $  N/A | Each "Occurrence" |
| Coverage | A. | "Bodily Injury" and "Property Damage" Liability | $  N/A | Each Claim |
| | | "Bodily Injury" Liability Only | $  N/A | Each Claim |
| | | "Property Damage" Liability Only | $  N/A | Each Claim |
| Coverage | B. | "Personal and Advertising Injury" Liability<br>By offense – Any one person or organization | $  3,000,000 | Each Claim |
| Coverage | C. | Medical Payments | $  5,000 | Any One Person |
| Additional Coverage | | Employee Benefits Liability | $  No Coverage | Each Act, Error or Omission |
| Additional Coverage | | Liquor Liability | $  No Coverage | Each Common Cause |
| Additional Coverage | | Stop Gap Employers Liability | $  No Coverage | Each Accident |
| Additional Coverage | | Stop Gap Employers Liability - disease | $  No Coverage | Each "Employee" |

U-GL-1114-A CW (10/02)

**ALLOCATED LOSS ADJUSTMENT EXPENSE SELECTION SCHEDULE**

| | | |
|---|---|---|
| **Select One** | | |
| Option 1 | ☒ | As respects each Deductible Amount, you will reimburse us for all "allocated loss adjustment expense", even if there is no payment for other than "allocated loss adjustment expense". "Allocated loss adjustment expense" reimbursements will contribute toward your Deductible Amount as shown in the **Deductible Schedule** and your Combined Aggregate Deductible Amount as shown in the **Combined Aggregate Deductible Schedule**. |
| Option 2 | ☐ | As respects each Deductible Amount, you will reimburse us for "allocated loss adjustment expense" as follows: |
| | | (a) If the total amount payable for other than "allocated loss adjustment expense" as respects the basis for each Deductible Amount is equal to or less than the Deductible Amount(s) or if there is no amount payable other than "allocated loss adjustment expense", then you will reimburse us for all "allocated loss adjustment expense". "Allocated loss adjustment expense" reimbursements will not contribute toward either your Deductible Amount as shown in the **Deductible Schedule** or your Combined Aggregate Deductible Amount as shown in the **Combined Aggregate Deductible Schedule**; or |
| | | (b) If the total amount payable for other than "allocated loss adjustment expense" exceeds the Deductible Amount, you will reimburse us a pro-rata share of total "allocated loss adjustment expense" based on the ratio of the Deductible Amount divided by the total amount payable for other than "allocated loss adjustment expense" as respects the basis for each Deductible Amount. "Allocated loss adjustment expense" reimbursements will not contribute toward either your Deductible Amount as shown in the **Deductible Schedule** or your Combined Aggregate Deductible Amount as shown in the **Combined Aggregate Deductible Schedule**. |
| Option 3 | ☐ | As respects each Deductible Amount, you will reimburse us for all "allocated loss adjustment expense", even if there is no payment for other than "allocated loss adjustment expense". "Allocated loss adjustment expense" reimbursements will not contribute toward either your Deductible Amount as shown in the **Deductible Schedule** or your Combined Aggregate Deductible Amount as shown in the **Combined Aggregate Deductible Schedule**. |

**If no option is selected, Option 3 will apply.**

**A.   How the Deductible Amount Applies**

You will reimburse us for the Deductible Amount(s) shown in the **Deductible Schedule** and for "allocated loss adjustment expenses" incurred based on the **Allocated Loss Adjustment Expense Selection Schedule**. The Deductible Amount(s) applies as follows:

1.   If an Each Occurrence Deductible is shown, the Deductible Amount applies to all sums payable because of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

2.   If an Each Claim Deductible is shown, the Deductible Amount applies to all sums payable for each claim, sustained by any one person or organization.

    a.   For Other than Coverage B, to all sums payable for each claim, sustained by any one person or organization, and

    b.   For Coverage B, to all damages sustained by any one person or organization as the result of an offense.

3. Medical Payments - If an Any One Person limit is shown, the Deductible Amount applies to all sums payable to any one person as a result of an accident sustained by that person.

4. Employee Benefits Liability - If an Each Act, Error or Omission Deductible is shown, the Deductible Amount applies to all sums payable for all damages sustained by any one employee, including the employee's dependents and beneficiaries, because of acts, errors or omissions committed in the administration of employee benefit programs.

5. Liquor Liability - If a Common Cause Deductible is shown, the Deductible Amount applies to all sums payable for all injury sustained by one or more persons or organizations as the result of the selling, serving or furnishing of any alcoholic beverage to any one person.

6. Stop Gap Employers Liability - If an Each Accident Deductible is shown, the Deductible Amount applies to all sums payable as the result of an accident, regardless of the number of people who sustain damages because of that accident.

7. Stop Gap Employers Liability - disease - If an Each Employee Deductible is shown, the Deductible Amount applies to all sums payable because of any one disease, and applies separately to each affected employee.

**B.     Deductible Provisions**

1. If more than one Deductible Amount applies to sums payable arising from the same "incident" because more than one Coverage applies, you will be responsible for each and every applicable Deductible Amount.

2. Deductible Amount(s) apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations.

3.       Your obligation to pay the Deductible Amount(s) shown on this policy is not fulfilled by:

   a. The payment of a Deductible Amount under any other policy; or

   b. Any payment made by us or another insurance company;

   even if 3a. or 3b. above applies to the same "incident" as the Deductible Amount due under this policy.

4. If more than one policy issued by us applies to sums payable because of a single continuous "incident", the Deductible Amount(s) applies separately to each policy that we issue to which this endorsement or a similar Deductible Endorsement applies. Deductible Amounts also apply separately to each annual period and any remaining period of less than 12 months as described in **B.**2. above.

5. If a Coverage Part or Additional Coverage of this policy specifically applies a separate deductible(s):

   a. the separate additional deductible amount applies to any loss separately and before the Deductible Amount(s) shown on the Schedule of this endorsement; and

   b. the Deductible Amount(s) shown on the Schedule of this endorsement applies only if the loss exceeds the separate additional deductible amount described in 5.a. above, subject to the other terms and conditions of this endorsement.

**C.     Combined Aggregate Deductible Amount**

1. The Combined Aggregate Deductible Amount shown in the **Combined Aggregate Deductible Schedule** for all policies listed in the **Combined Aggregate Deductible Schedule**, is the most you must reimburse us for the sum of:

   a. all applicable Deductible Amount(s) as shown in each policy's **Deductible Schedule** that are included in each policy's Combined Aggregate Deductible Endorsement(s); and

b.  all applicable "allocated loss adjustment expense" in accordance with each policy's **Allocated Loss Adjustment Expense Selection Schedule(s)** that are included in each policy's Combined Aggregate Deductible Endorsement(s).

This single Combined Aggregate Deductible Amount applies to the entire policy period and to any remaining extension period of any policies.

2.  The Combined Aggregate Deductible Amount is adjustable. The final Combined Aggregate Deductible Amount will be determined at the end of the policy period by an audit of your records, and will be based upon the sum of: the Rate(s) shown in the **Combined Aggregate Deductible Schedule** multiplied by the final audited Exposure(s), for each of the policies included in the **Combined Aggregate Deductible Schedule**. The amount shown in the **Combined Aggregate Deductible Schedule** as the Combined Aggregate Deductible Amount is an estimated amount, and is based on an estimate of what the audit of your records will develop.

In no event will the final audited Combined Aggregate Deductible Amount be less than the Combined Aggregate Deductible Amount shown in the **Combined Aggregate Deductible Schedule**, unless a Minimum Combined Aggregate Deductible Amount is shown in the **Combined Aggregate Deductible Schedule**. If a Minimum Combined Aggregate Deductible Amount is shown, the final audited Combined Aggregate Deductible Amount will not be less than the Minimum Combined Aggregate Deductible Amount.

**D.**      **Allocated Loss Adjustment Expense Reimbursement**

In accordance with the **Allocated Loss Adjustment Expense Selection Schedule**:

1.  If Option 1 is selected, "allocated loss adjustment expense" reimbursements made by you contribute to your Deductible Amount and Combined Aggregate Deductible Amount.

2.  If Option 2 or Option 3 is selected, then you will reimburse us for all or pro-rata "allocated loss adjustment expense", as may apply, in accordance with the **Allocated Loss Adjustment Expense Selection Schedule** above, even if the Deductible Amount or the Combined Aggregate Deductible Amount, if applicable, is exceeded.

**E.**      **Application of the Deductible Amount to Payable Amounts**

1.  You will reimburse us for "allocated loss adjustment expense" according to the option selected in the **Allocated Loss Adjustment Expense Selection Schedule**.

2.  Upon settlement or final adjudication of a claim, we will apply the Deductible Amount against payable amounts as follows:

a.  Sums paid other than those attributable to "allocated loss adjustment expense"; then

b.  "Allocated loss adjustment expense" already reimbursed by you; then

c.  "Allocated loss adjustment expense" yet to be reimbursed by you, if applicable.

**F.**         **Effect of Deductible Amount on Limits of Insurance**

The applicable limits of insurance for the coverage part to which a Deductible Amount applies will be reduced only by that portion of the Deductible Amount that is not attributable to "allocated loss adjustment expenses".

**G.**      **Conditions**

**1.**      **Voluntary Payments**

If you voluntarily make any payment, assume any obligation or incur any expense, without our consent, then you do so at your own cost. Any such voluntary payment, assumed obligation or incurred expense does not contribute towards any applicable Deductible Amount(s) or Combined Aggregate Deductible Amount under this policy.

**2.  Application of Recovered Amounts**

We have your rights and the rights of persons entitled to the benefits of this insurance to recover sums that are reimbursable under this endorsement from anyone liable for the injury or damages. You will do everything necessary to protect those rights for us and to help us enforce them.

If we recover any payment made under this policy from anyone liable for injury or damages, the recovered amount will first be applied to any payments made by us in excess of the Deductible Amount. The remainder of the recovery, if any, will then be applied to reduce the Deductible Amount reimbursed or reimbursable by you as respects that injury or damages.

**3.  Payment of Amounts Owed Under This Endorsement**

a.  We may pay any part or all of any Deductible Amount(s) or "allocated loss adjustment expense" to effect settlement of any claim and, upon notification of the action taken you will reimburse us for such part of any Deductible Amount(s) or "allocated loss adjustment expense" as shown on the billing from us. You must pay us for all amounts for which you are responsible under this endorsement and reimburse us for any such amounts that we pay by the due date shown on the billing from us.

b.  The first Named Insured shown in the Declarations is authorized to and will reimburse us for all amounts paid by us on behalf of all "insureds".

c.  Each Named Insured is jointly and severally liable for all reimbursements due to us under this endorsement, whether or not that Named Insured is involved in the claim, proceeding or "suit" causing any such amount to be due to us.

**H.  Definitions**

1.  "Allocated loss adjustment expense" is an expense directly allocable to a specific claim including but not limited to: all supplementary payments as set forth in this policy; all court costs, fees and expenses; all costs, fees and expenses for or incurred in connection with all attorneys, witnesses, experts, depositions, reported or recorded statements, summonses, service of process, legal transcripts or testimony, copies of any public records; alternative dispute resolution proceedings; interest; investigative services, non-employee adjusters, medical examinations, autopsies, medical cost containment; declaratory judgment, subrogation claims and proceedings, and any other fees, costs or expenses reasonably chargeable to the investigation, negotiation, settlement or defense of a claim or a loss under this policy.

2.  "Incident", for purposes of this endorsement only, means an "occurrence", offense, claim, accident, act, error or omission, common cause, disease or any other event, as defined or used in our policy, to which a Deductible Amount(s) applies.

**I.  Other Terms**

1.  The terms of this insurance apply irrespective of the application of any Deductible Amount(s), including those with respect to:

a.  Our right and duty to investigate or defend the Insured against any "suits" seeking those damages; and

b.  Your duties in the event of a claim or circumstances likely to result in a claim.

**2.  YOU UNDERSTAND THAT YOUR DUTIES UNDER THIS ENDORSEMENT MAY CON**

Policy Number

# ENDORSEMENT

## COMPANY

Named Insured:

Effective Date:
12:01 A.M., Standard Time

Agent Name:                                      Agent No.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**
**COMBINED DEDUCTIBLE AGGREGATE SCHEDULE**

This endorsement provides supplementary information to be used with the following:

**Business Auto Coverage Form**
**Commercial General Liability Coverage Part**
**Employee Benefits Liability Coverage Part**
**Garage Coverage Form**
**Liquor Liability Coverage Part**
**Motor Carrier Coverage Form**
**Stop Gap – Employers Liability Coverage Part**
**Truckers Coverage Form**
**Workers Compensation and Employers Liability Policy**

| The Combined Aggregate Deductible is adjustable and determined as the sum of the rate(s) multiplied by the final audited Exposure(s). | Estimated Exposure | Rate | Per | Of (Exposure Basis) |
|---|---|---|---|---|
| | $3,100,000,000 | $43.038 | $1,000 | Contract Value |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The Deductible Amounts for the policies listed here will be combined with this policy for the application of the Combined Aggregate Deductible Amount.

Policy Number(s):

| GLO 0195438-00 | | | |
|---|---|---|---|
| WC 0195440-00 | | | |
| BAP 0195441-00 | | | |
| | | | |

| Combined Aggregate Deductible Amount | $  133,417,800 |
|---|---|
| Minimum Combined Aggregate Deductible Amount | $  133,417,800 |

U-GL-1114-A CW (10/02)

Policy Number

# ENDORSEMENT

## COMPANY

**Named Insured:**

**Effective Date:**
12:01 A.M., Standard Time

**Agent Name:**

**Agent No.**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**NAMED INSURED – CONTRACTOR CONTROLLED INSURANCE PROGRAM**

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**

**A.** The following is added to Section **II – Who Is An Insured**:

    **1.** Subject to Paragraph **2.** below, a contractor of any tier, including the person or organization designated in the Declarations of this policy will qualify as a Named Insured, if such contractor:

        **a.** Is enrolled in the Contractor Controlled Insurance Program for which this policy is provided; and

        **b.** Performs operations at a "designated project".

    **2.** Unless added by separate endorsement, the following are not an insured under this policy:

        **a.** Vendors, suppliers, material dealers, abatement contractors, blasting contractors, delivery persons, haulers, hazardous waste removal contractors;

        **b.** Any person or organization that manufactures or fabricates products or components outside the "designated project" that does not also install the product or component at the "designated project"; or

        **c.** Any contractor or other person or organization that does not have dedicated payroll for employees on-site at the "designated project".

        **d.** NY Local No.3 International Brotherhood of Electrical Workers

**B.** For purposes of this endorsement, "designated project" is defined in the Limitation of Coverage to Designated Project(s) endorsement (U-GL-1305) attached to this Coverage Part.

All other terms and conditions of this policy remain unchanged.

**Policy Number**
**GLO 0195438-00**

**ENDORSEMENT**

# ZURICH AMERICAN INSURANCE COMPANY

Named Insured   SKANSKA/WALSH JOINT VENTURE          Effective Date:   06-01-16
                                                                  12:01 A.M., Standard Time

Agent Name      ALLIANT INSURANCE SERVICES INC      Agent No.   91435-000

### RESULTING DAMAGE TO YOUR WORK – WRAP–UP

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

THE FOLLOWING IS ADDED TO PARAGRAPH 1. INSURING AGREEMENT OF SECTION I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY:

DAMAGES BECAUSE OF "PROPERTY DAMAGE" INCLUDE DAMAGES THE INSURED BECOMES LEGALLY OBLIGATED TO PAY BECAUSE OF "PROPERTY DAMAGE" TO "YOUR WORK" AND SHALL BE DEEMED TO BE CAUSED BY AN "OCCURRENCE", BUT ONLY IF THE "PROPERTY DAMAGE" IS UNEXPECTED OR UNINTENDED FROM THE STANDPOINT OF THE INSURED.

HOWEVER WITH REGARD TO "PROPERTY DAMAGE" TO "YOUR WORK" WITHIN THE "PRODUCTS–COMPLETED OPERATIONS HAZARD", SUCH "PROPERTY DAMAGE" SHALL ONLY BE DEEMED TO BE AN "OCCURRENCE" IF:

(1) THE "PROPERTY DAMAGE" IS THE RESULT OF WORK PERFORMED ON YOUR BEHALF BY A SUBCONTRACTOR(S) IN WHICH YOU HAVE NO MAJORITY OWNERSHIP, OR

(2) THE DAMAGED WORK WAS PERFORMED ON YOUR BEHALF BY A SUBCONTRACTOR(S) IN WHOM YOU HAVE NO MAJORITY OWNERSHIP.

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

U-GL-1114-A CW (10/02)

**Policy Number**
**GLO 0195438-00**

**ENDORSEMENT**

# ZURICH AMERICAN INSURANCE COMPANY

| Named Insured | SKANSKA/WALSH JOINT VENTURE | Effective Date: | 06-01-16 |
|---|---|---|---|
| | | 12:01 A.M., Standard Time | |
| Agent Name | ALLIANT INSURANCE SERVICES INC | Agent No. | 91435-000 |

## AMENDMENT OF LIMITS OF INSURANCE

SOLELY AS TO THE GENERAL AGGREGATE LIMIT, THE LAST PARAGRAPH OF
SECTION III LIMITS OF INSURANCE IS DELETED AND REPLACED AS FOLLOWS:

THE GENERAL AGGREGATE LIMIT OF THIS COVERAGE PART APPLIES SEPARATELY
TO EACH CONSECUTIVE ANNUAL PERIOD AND TO ANY REMAINING PERIOD OF LESS
THAN 12 MONTHS STARTING WITH THE BEGINNING OF THE POLICY PERIOD SHOWN
IN THE DECLARATIONS THROUGH THE END OF THE 60TH MONTH AFTER THE
BEGINNING OF THE POLICY PERIOD. ANY PERIOD AFTER THE 60TH MONTH WILL
BE DEEMED PART OF THE LAST PRECEDING PERIOD FOR PURPOSES OF
DETERMINING THE GENERAL AGGREGATE LIMIT.

**U-GL-1114-A CW (10/02)**

**Policy Number**
**GLO 0195438-00**

**ENDORSEMENT**

# ZURICH AMERICAN INSURANCE COMPANY

| Named Insured | SKANSKA/WALSH JOINT VENTURE | Effective Date: | 06-01-16 |
|---|---|---|---|
| | | | 12:01 A.M., Standard Time |
| Agent Name | ALLIANT INSURANCE SERVICES INC | Agent No. | 91435-000 |

## LEAD LIABILITY EXCLUSION

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

THE FOLLOWING EXCLUSION IS ADDED TO PARAGRAPH 2. EXCLUSIONS, OF SECTION I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY AND PARAGRAPH 2. EXCLUSIONS, OF COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY:

THIS INSURANCE DOES NOT APPLY TO:

LEAD

(1) "BODILY INJURY", "PROPERTY DAMAGE" OR "PERSONAL AND ADVERTISING INJURY" ARISING OUT OF, RESULTING FROM, CAUSED BY OR RELATED TO: THE ACTUAL, ALLEGED OR THREATENED:

(A) EXPOSURE TO OR EXISTENCE OF LEAD, PAINT CONTAINING LEAD, OR ANY OTHER MATERIAL, PRODUCT  OR SUBSTANCE CONTAINING LEAD; OR

(B) MANUFACTURE, DISTRIBUTION, SALE, RESALE, RE-BRANDING, INSTALLATION, REPAIR, REMOVAL, ENCAPSULATION, ABATEMENT, REPLACEMENT OR HANDLING OF LEAD, PAINT CONTAINING LEAD, OR ANY OTHER MATERIAL, PRODUCT OR SUBSTANCE CONTAINING LEAD, WHETHER THE LEAD IS OR WAS AT ANY TIME AIRBORNE, INGESTED, INHALED, ABSORBED, TRANSMITTED IN ANY FASHION, OR FOUND IN ANY FORM WHATSOEVER, OR WHETHER ANY OTHER CAUSE, EVENT, MATERIAL, PRODUCT OR SUBSTANCE CONTRIBUTED CONCURRENTLY OR IN ANY SEQUENCE TO THE INJURY OR DAMAGE.;

(2) ANY SUMS THAT ANY INSURED OR OTHER ENTITY MUST PAY, REPAY OR REIMBURSE BECAUSE OF ANY:

(A) REQUEST, DEMAND, ORDER OR STATUTORY OR REGULATORY REQUIREMENT THAT ANY INSURED OR OTHERS TEST FOR, SAMPLE, MONITOR, CLEAN UP, REMOVE, ABATE, COVER, CONTAIN, TREAT, MITIGATE, OR NEUTRALIZE LEAD, PAINT CONTAINING LEAD, OR ANY OTHER MATERIAL, PRODUCT OR SUBSTANCE CONTAINING LEAD, OR IN ANY WAY RESPOND TO, OR ASSESS THE EFFECTS OF LEAD IN ANY FORM; OR

(B) CLAIM OR "SUIT" FOR DAMAGES RELATING TO TESTING FOR, SAMPLING, MONITORING, CLEANING UP, REMOVING, ABATING, COVERING, CONTAINING, TREATING, MITIGATING, OR NEUTRALIZING LEAD, PAINT CONTAINING LEAD, OR ANY OTHER MATERIAL, PRODUCT OR SUBSTANCE CONTAINING LEAD OR IN ANY WAY RESPONDING TO OR ASSESSING THE EFFECTS OF LEAD IN ANY FORM.

(3) ANY OTHER LOSS, COST OR EXPENSE ARISING OUT OF, CAUSED BY OR RELATING IN ANY WAY TO LEAD.

**Policy Number**
**GLO 0195438-00**

**ENDORSEMENT**

# ZURICH AMERICAN INSURANCE COMPANY

| | | |
|---|---|---|
| Named Insured | SKANSKA/WALSH JOINT VENTURE | Effective Date: 06-01-16 |
| | | 12:01 A.M., Standard Time |
| Agent Name | ALLIANT INSURANCE SERVICES INC | Agent No. 91435-000 |

**NONVITIATION**

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

SCHEDULE

PERSON OR ORGANIZATION:
LAGUARDIA GATEWAY PARTNERS LLC

THE FOLLOWING IS ADDED TO SECTION IV – COMMERCIAL GENERAL LIABILITY
CONDITIONS:

NONVITIATION

A. A "VITIATING ACT" WILL NOT RELIEVE US OF ANY OBLIGATIONS
UNDER THIS COVERAGE PART TO THE PERSON OR ORGANIZATION DESCRIBED IN
THE SCHEDULE OF THIS ENDORSEMENT;

B. THE PERSON OR ORGANIZATION DESCRIBED IN THE SCHEDULE OF THIS
ENDORSEMENT IS NOT RELIEVED OF COMPLYING WITH ANY CONDITIONS UNDER
THIS COVERAGE PART;

C.  THE FIRST NAMED INSURED SHALL PROMPTLY REIMBURSE US ALL SUMS
THAT WE PAY TO OR ON BEHALF OF THE PERSON OR ORGANIZATION DESCRIBED
IN THE SCHEDULE OF THIS ENDORSEMENT AS A RESULT OF A "VITIATING ACT;"
AND

D. IF, AS A RESULT OF A "VITIATING ACT", WE BECOME OBLIGATED TO
PAY ANY SUMS TO OR ON BEHALF OF, OR PERFORM ANY ACTS OR SERVICES FOR
OR ON BEHALF OF THE PERSON OR ORGANIZATION DESCRIBED IN THE SCHEDULE
OF THIS ENDORSEMENT, SUCH PERSON OR ORGANIZATION SHALL BECOME
OBLIGATED FOR ANY APPLICABLE DEDUCTIBLES OR SELF-INSURED RETENTIONS.


 THE FOLLOWING IS ADDED TO SECTION V –DEFINITIONS


 "VITIATING ACT" MEANS A FAILURE BY YOU TO COMPLY WITH THE CONDITIONS
LISTED IN SECTION IV-COMMERCIAL GENERAL LIABILITY CONDITIONS.

U-GL-1114-A CW (10/02)

**Policy Number**

# ENDORSEMENT

**COMPANY**

Named Insured:                                    **Effective Date:**
                                                                  12:01 A.M., Standard Time

Agent Name:                                       **Agent No.**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**NAMED INSURED ENDORSEMENT**

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**

**SCHEDULE**

"Designated Project": **LaGuardia Central Terminal Building including the dedicated off site staging sites of Luyster's Creek and Ingram Mountain**

The following is added to Section **II – Who Is An Insured**:

LaGuardia Gateway Partners LLC is a Named Insured, but solely with respect to liability arising out of:

**a.** The acts or omissions of the Named Insureds described in Paragraph **A.1.** of the Named Insured – Contractor Controlled Insurance Program endorsement (U-GL-1380);

**b.** The "designated project" shown in the Schedule above; and

**c.** Contract number _____ between Skanska/Walsh JV and LaGuardia Gateway Partners.

LaGuardia gateway Partners LLC is not an insured for any "bodily injury", "property damage" or "personal and advertising injury" arising from:

**(1)** Its own acts or omissions; or

**(2)** Any other contracts LaGuardia Gateway Partners LLC holds outside of contract number _____ between Skanska/Walsh JV and LaGuardia Gateway Partners LLC.

In consideration of the Named Insured status provided to LaGuardia Gateway Partners LLC by this endorsement, LaGuardia Gateway Partners LLC shall not be an additional insured on this policy, notwithstanding any other terms, conditions or endorsement on this policy or any insurance requirements in the contract referenced above.

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

U-GL-1114-A CW (10/02)

**Policy Number**
**GLO 0195438-00**

**ENDORSEMENT**

# ZURICH AMERICAN INSURANCE COMPANY

| Named Insured | SKANSKA/WALSH JOINT VENTURE | Effective Date: | 06-01-16 |
|---|---|---|---|
| | | 12:01 A.M., Standard Time | |
| Agent Name | ALLIANT INSURANCE SERVICES INC | Agent No. | 91435-000 |

## WAIVER OF SUBROGATION (BLANKET) ENDT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

THIS ENDORSEMENT MODIFIES INSURANCE PROVIDED UNDER THE:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

THE FOLLOWING IS ADDED TO THE TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US CONDITION:

IF YOU ARE REQUIRED BY A WRITTEN CONTRACT OR AGREEMENT, WHICH IS EXECUTED BEFORE A LOSS, TO WAIVE YOUR RIGHTS OF RECOVERY FROM OTHERS, WE AGREE TO WAIVE OUR RIGHTS OF RECOVERY. THIS WAIVER OF RIGHTS SHALL NOT BE CONSTRUED TO BE A WAIVER WITH RESPECT TO ANY OTHER OPERATIONS IN WHICH THE INSURED HAS NO CONTRACTUAL INTEREST.

INCLUDING THE ORGANIZATIONS LISTED BELOW:

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY AND ITS RELATED ENTITIES
THE CITY OF NEW YORK, THE CITY'S OFFICIALS, EMPLOYEES AND EDC THEIR SUCCESSORS AND ASSIGNS
THE BANK OF NEW YORK MELLON, A NATIONAL BANKING ASSOCIATION, IN ITS CAPACITY AS COLLATERAL AGENT ON BEHALF OF THE SECURE CREDITORS, AND ITS SUCCESSORS AND ASSIGNS PURSUANT TO THE COLLATERAL AGENCY AGREEMENT ("COLLATERAL AGENT")

U-GL-1114-A CW (10/02)

**Policy Number**
**GLO 0195438-00**

**ENDORSEMENT**

# ZURICH AMERICAN INSURANCE COMPANY

Named Insured   SKANSKA/WALSH JOINT VENTURE          Effective Date:    06-01-16
                                                     12:01 A.M., Standard Time

Agent Name      ALLIANT INSURANCE SERVICES INC       Agent No.   91435-000

## PORT AUTHORITY ENDORSEMENT

PORT AUTHORITY OF NEW YORK  AND NEW JERSEY ENDORSEMENT

THE INSURER(S) SHALL NOT, WITHOUT OBTAINING THE EXPRESS ADVANCE
WRITTEN PERMISSION FROM THE GENERAL COUNSEL OF THE PORT AUTHORITY,
RAISE ANY DEFENSE INVOLVING IN ANY WAY THE JURISDICTION OF THE
TRIBUNAL OVER THE PERSON OF THE PORT AUTHORITY, THE IMMUNITY OF THE
PORT AUTHORITY, ITS COMMISSIONERS, OFFICERS, AGENTS OR EMPLOYEES, THE
GOVERNMENTAL NATURE OF THE PORT AUTHORITY, OR THE PROVISIONS OF ANY
STATUTES RESPECTING SUITS AGAINST THE PORT AUTHORITY.

# Unintentional Failure to Disclose Hazards

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
|  |  |  |  |  | $ | $ |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Form**

Any unintentional error or omission in the description of, or failure to completely describe, any premises or operations intended to be covered by this Commercial General Liability Coverage Form will not invalidate or affect coverage for those premises or operations.  However, you must report such error or omission to us as soon as practicable after its discovery.

# Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization



| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| | | | | | | |

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

**Named Insured**: SKANSKA/WALSH JOINT VENTURE D/B/A SKANSKA/WALSH JV

**Address (including ZIP Code)**:

350 5TH AVE FLOOR 32
NEW YORK, NY 10118-0110


This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Covered Operations |
|---|---|
| ANY PERSON OR ORGANIZATION OTHER THAN AN ARCHITECT OR ENGINEER, OR SURVEYOR WHOM YOU ARE REQUIRED TO ADD AS AN ADDITIONAL INSURED UNDER THIS POLICY UNDER A WRITTEN CONTRACT OR WRITTEN AGREEMENT EXECUTED PRIOR TO THE LOSS | LAGUARDIA CENTRAL TERMINAL BUILDING REPLACEMENT PROJECT |

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person or organization shown in the Schedule above, whom you are required to add as an additional insured on this policy under a written contract or written agreement. Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf,

in the performance of  your ongoing operations or "your work" as included in the "products-completed operations hazard", which is the subject of the written contract or written agreement at the Location designated and described in the Schedule above.

However, the insurance afforded to such additional insured:

**1.** Only applies to the extent permitted by law; and

**2.** Will not be broader than that which you are required by the written contract or written agreement to provide for such additional insured.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusion applies:

This insurance does not apply to:

"Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering or failure to render any professional architectural, engineering or surveying services including:

**a.** The preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**b.** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved, the rendering of or the failure to render any professional architectural, engineering or surveying services.

**C.** The following is added to Paragraph **2.** Duties In The Event Of Occurrence, Offense, Claim Or Suit of Section **IV – Commercial General Liability Conditions**:

The additional insured must see to it that:

**1.** We are notified as soon as practicable of an "occurrence" or offense that may result in a claim;

**2.** We receive written notice of a claim or "suit" as soon as practicable; and

**3.** A request for defense and indemnity of the claim or "suit" will promptly be brought against any policy issued by another insurer under which the additional insured may be an insured in any capacity.  This provision does not apply to insurance on which the additional insured is a Named Insured, if the written contract or written agreement requires that this coverage be primary and non-contributory.

**D.** For the purpose of the coverage provided by this endorsement:

**1.** The following is added to the Other Insurance Condition of Section **IV – Commercial General Liability Conditions**:

**Primary and Noncontributory insurance**

This Insurance is primary to and will not seek contribution from any other insurance available to an additional insured provided that:

**a.** The additional insured is a Named Insured under such other insurance; and

**b.** You are required by written contract or written agreement that this insurance be primary and not seek contribution from any other insurance available to the additional insured.

**2.** The following paragraph is added to Paragraph **4.b.** of the Other Insurance Condition of Section **IV – Commercial General Liability Conditions**:

This insurance is excess over:

Any of the other insurance, whether primary, excess, contingent or on any other basis, available to an additional insured, in which the additional insured on our policy is also covered as an additional insured on another policy providing coverage for the same "occurrence", offense, claim or "suit".  This provision does not apply to any policy in which the additional insured is a Named Insured on such other policy and where our policy is required by written contract or written agreement to provide coverage to the additional insured on a primary and non-contributory basis.

**E.** With respect to the insurance afforded to the additional insureds under this endorsement, the following is added to Section **III – Limits Of Insurance**:

The most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement referenced in Paragraph **A.** of this endorsement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations,

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.



# Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| | | | | | | |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**Named Insured**: SKANSKA/WALSH JOINT VENTURE D/B/A SKANSKA/WALSH JV

**Address (including ZIP Code)**:

350 5TH AVE FLOOR 32
NEW YORK, NY 10118-0110

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Covered Operations |
|---|---|
| THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY AND ITS RELATED ENTITIES ATTENTION GENERAL MANAGER, RISK FINANCING 4WTC 150 GREENWICH ST 18TH FLOOR, NEW YORK, NY 10007 USA | LAGUARDIA CENTRAL TERMINAL BUILDING REPLACEMENT PROJECT |

**A.** Section **II – Who Is An Insured** is amended to include as an additional insured the person or organization shown in the Schedule above, whom you are required to add as an additional insured on this policy under a written contract or written agreement. Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf,

in the performance of  your ongoing operations or "your work" as included in the "products-completed operations hazard", which is the subject of the written contract or written agreement at the Location designated and described in the Schedule above.

However, the insurance afforded to such additional insured:

**1.** Only applies to the extent permitted by law; and

    **2.** Will not be broader than that which you are required by the written contract or written agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusion applies:

This insurance does not apply to:

    "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering or failure to render any professional architectural, engineering or surveying services including:

    **a.** The preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    **b.** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved, the rendering of or the failure to render any professional architectural, engineering or surveying services.

**C.** The following is added to Paragraph **2.** Duties In The Event Of Occurrence, Offense, Claim Or Suit of Section **IV – Commercial General Liability Conditions**:

The additional insured must see to it that:

**1.** We are notified as soon as practicable of an "occurrence" or offense that may result in a claim;

**2.** We receive written notice of a claim or "suit" as soon as practicable; and

**3.** A request for defense and indemnity of the claim or "suit" will promptly be brought against any policy issued by another insurer under which the additional insured may be an insured in any capacity.  This provision does not apply to insurance on which the additional insured is a Named Insured, if the written contract or written agreement requires that this coverage be primary and non-contributory.

**D.** For the purpose of the coverage provided by this endorsement:

**1.** The following is added to the Other Insurance Condition of Section **IV – Commercial General Liability Conditions**:

**Primary and Noncontributory insurance**

This Insurance is primary to and will not seek contribution from any other insurance available to an additional insured provided that:

    **a.** The additional insured is a Named Insured under such other insurance; and

    **b.** You are required by written contract or written agreement that this insurance be primary and not seek contribution from any other insurance available to the additional insured.

**2.** The following paragraph is added to Paragraph **4.b.** of the Other Insurance Condition of Section **IV – Commercial General Liability Conditions**:

This insurance is excess over:

Any of the other insurance, whether primary, excess, contingent or on any other basis, available to an additional insured, in which the additional insured on our policy is also covered as an additional insured on another policy providing coverage for the same "occurrence", offense, claim or "suit".  This provision does not apply to any policy in which the additional insured is a Named Insured on such other policy and where our policy is required by written contract or written agreement to provide coverage to the additional insured on a primary and non-contributory basis.

**E.** With respect to the insurance afforded to the additional insureds under this endorsement, the following is added to Section **III – Limits Of Insurance**:

The most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement referenced in Paragraph **A.** of this endorsement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations,

whichever is less.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.



# Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization

| Policy  No. | Eff.  Date  of  Pol. | Exp.  Date  of  Pol. | Eff.  Date  of  End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| | | | | | | |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**Named Insured**: SKANSKA/WALSH JOINT VENTURE D/B/A SKANSKA/WALSH JV

**Address (including ZIP Code)**:

350 5TH AVE FLOOR 32
NEW YORK, NY 10118-0110

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Covered Operations |
|---|---|
| THE CITY OF NEW YORK, THE CITY'S OFFICIALS, EMPLOYEES AND EDC THEIR SUCCESSORS AND ASSIGNS C/O THE CITY OF NEW YORK NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION 110 WILLIAM ST NEW YORK, NY 10038 USA ATTENTION: DIRECTOR OF THE AVIATION DEPARTMENT | LAGUARDIA CENTRAL TERMINAL BUILDING REPLACEMENT PROJECT |

**A.** Section **II – Who Is An Insured** is amended to include as an additional insured the person or organization shown in the Schedule above, whom you are required to add as an additional insured on this policy under a written contract or written agreement. Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf,

in the performance of  your ongoing operations or "your work" as included in the "products-completed operations hazard", which is the subject of the written contract or written agreement at the Location designated and described in the Schedule above.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

However, the insurance afforded to such additional insured:

1. Only applies to the extent permitted by law; and

2. Will not be broader than that which you are required by the written contract or written agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusion applies:

This insurance does not apply to:

"Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering or failure to render any professional architectural, engineering or surveying services including:

a. The preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

b. Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved, the rendering of or the failure to render any professional architectural, engineering or surveying services.

**C.** The following is added to Paragraph **2.** Duties In The Event Of Occurrence, Offense, Claim Or Suit of Section **IV – Commercial General Liability Conditions**:

The additional insured must see to it that:

1. We are notified as soon as practicable of an "occurrence" or offense that may result in a claim;

2. We receive written notice of a claim or "suit" as soon as practicable; and

3. A request for defense and indemnity of the claim or "suit" will promptly be brought against any policy issued by another insurer under which the additional insured may be an insured in any capacity.  This provision does not apply to insurance on which the additional insured is a Named Insured, if the written contract or written agreement requires that this coverage be primary and non-contributory.

**D.** For the purpose of the coverage provided by this endorsement:

1. The following is added to the Other Insurance Condition of Section **IV – Commercial General Liability Conditions**:

**Primary and Noncontributory insurance**

This Insurance is primary to and will not seek contribution from any other insurance available to an additional insured provided that:

a. The additional insured is a Named Insured under such other insurance; and

b. You are required by written contract or written agreement that this insurance be primary and not seek contribution from any other insurance available to the additional insured.

2. The following paragraph is added to Paragraph **4.b.** of the Other Insurance Condition of Section **IV – Commercial General Liability Conditions**:

This insurance is excess over:

Any of the other insurance, whether primary, excess, contingent or on any other basis, available to an additional insured, in which the additional insured on our policy is also covered as an additional insured on another policy providing coverage for the same "occurrence", offense, claim or "suit".  This provision does not apply to any policy in which the additional insured is a Named Insured on such other policy and where our policy is required by written contract or written agreement to provide coverage to the additional insured on a primary and non-contributory basis.

**E.** With respect to the insurance afforded to the additional insureds under this endorsement, the following is added to Section **III – Limits Of Insurance**:

The most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement referenced in Paragraph **A.** of this endorsement; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**2.** Available under the applicable Limits of Insurance shown in the Declarations,

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization



| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| | | | | | | |

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**Named Insured**: SKANSKA/WALSH JOINT VENTURE D/B/A SKANSKA/WALSH JV

**Address (including ZIP Code)**:

350 5TH AVE FLOOR 32
NEW YORK, NY 10118-0110

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Covered Operations |
|---|---|
| THE BANK OF NEW YORK MELLON, A NATIONAL BANKING ASSOCIATION, IN ITS CAPACITY AS COLLATERAL AGENT ON BEHALF OF THE SECURE CREDITORS, AND ITS SUCCESSORS AND ASSIGNS PURSUANT TO THE COLLATERAL AGENCY AGREEMENT ("COLLATERAL AGENT") 101 BARCLAY ST NEW YORK, NY 10086 USA | LAGUARDIA CENTRAL TERMINAL BUILDING REPLACEMENT PROJECT |

**A.** Section **II – Who Is An Insured** is amended to include as an additional insured the person or organization shown in the Schedule above, whom you are required to add as an additional insured on this policy under a written contract or written agreement. Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf,

in the performance of  your ongoing operations or "your work" as included in the "products-completed operations hazard", which is the subject of the written contract or written agreement at the Location designated and described in the Schedule above.

However, the insurance afforded to such additional insured:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

    1. Only applies to the extent permitted by law; and

    2. Will not be broader than that which you are required by the written contract or written agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusion applies:

This insurance does not apply to:

"Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering or failure to render any professional architectural, engineering or surveying services including:

    **a.** The preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    **b.** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved, the rendering of or the failure to render any professional architectural, engineering or surveying services.

**C.** The following is added to Paragraph **2.** Duties In The Event Of Occurrence, Offense, Claim Or Suit of Section **IV – Commercial General Liability Conditions**:

The additional insured must see to it that:

    1. We are notified as soon as practicable of an "occurrence" or offense that may result in a claim;

    2. We receive written notice of a claim or "suit" as soon as practicable; and

    3. A request for defense and indemnity of the claim or "suit" will promptly be brought against any policy issued by another insurer under which the additional insured may be an insured in any capacity. This provision does not apply to insurance on which the additional insured is a Named Insured, if the written contract or written agreement requires that this coverage be primary and non-contributory.

**D.** For the purpose of the coverage provided by this endorsement:

    1. The following is added to the Other Insurance Condition of Section **IV – Commercial General Liability Conditions**:

    **Primary and Noncontributory insurance**

    This Insurance is primary to and will not seek contribution from any other insurance available to an additional insured provided that:

        **a.** The additional insured is a Named Insured under such other insurance; and

        **b.** You are required by written contract or written agreement that this insurance be primary and not seek contribution from any other insurance available to the additional insured.

    2. The following paragraph is added to Paragraph **4.b.** of the Other Insurance Condition of Section **IV – Commercial General Liability Conditions**:

    This insurance is excess over:

    Any of the other insurance, whether primary, excess, contingent or on any other basis, available to an additional insured, in which the additional insured on our policy is also covered as an additional insured on another policy providing coverage for the same "occurrence", offense, claim or "suit". This provision does not apply to any policy in which the additional insured is a Named Insured on such other policy and where our policy is required by written contract or written agreement to provide coverage to the additional insured on a primary and non-contributory basis.

**E.** With respect to the insurance afforded to the additional insureds under this endorsement, the following is added to Section **III – Limits Of Insurance**:

The most we will pay on behalf of the additional insured is the amount of insurance:

    1. Required by the contract or agreement referenced in Paragraph **A.** of this endorsement; or

    2. Available under the applicable Limits of Insurance shown in the Declarations,

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Additional Insured – Owners, Lessees Or Contractors – Scheduled Person Or Organization



| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer No. | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| | | | | | | |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**Named Insured**: SKANSKA/WALSH JOINT VENTURE D/B/A SKANSKA/WALSH JV

**Address (including ZIP Code):**

350 5TH AVE FLOOR 32
NEW YORK, NY 10118-0110

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location And Description Of Covered Operations |
|---|---|
| VANTAGE AIRPORT GROUP (NEW YORK) MANAGEMENT LTD. | LAGUARDIA CENTRAL TERMINAL BUILDING REPLACEMENT PROJECT |

**A.** Section **II – Who Is An Insured** is amended to include as an additional insured the person or organization shown in the Schedule above, whom you are required to add as an additional insured on this policy under a written contract or written agreement. Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

   **1.** Your acts or omissions; or

   **2.** The acts or omissions of those acting on your behalf,

in the performance of  your ongoing operations or "your work" as included in the "products-completed operations hazard", which is the subject of the written contract or written agreement at the Location designated and described in the Schedule above.

However, the insurance afforded to such additional insured:

   **1.** Only applies to the extent permitted by law; and

   **2.** Will not be broader than that which you are required by the written contract or written agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusion applies:

This insurance does not apply to:

   "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering or failure to render any professional architectural, engineering or surveying services including:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

    **a.**  The preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    **b.**  Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved, the rendering of or the failure to render any professional architectural, engineering or surveying services.

**C.** The following is added to Paragraph **2.** Duties In The Event Of Occurrence, Offense, Claim Or Suit of Section **IV – Commercial General Liability Conditions**:

The additional insured must see to it that:

**1.** We are notified as soon as practicable of an "occurrence" or offense that may result in a claim;

**2.** We receive written notice of a claim or "suit" as soon as practicable; and

**3.** A request for defense and indemnity of the claim or "suit" will promptly be brought against any policy issued by another insurer under which the additional insured may be an insured in any capacity.  This provision does not apply to insurance on which the additional insured is a Named Insured, if the written contract or written agreement requires that this coverage be primary and non-contributory.

**D.** For the purpose of the coverage provided by this endorsement:

**1.** The following is added to the Other Insurance Condition of Section **IV – Commercial General Liability Conditions**:

    **Primary and Noncontributory insurance**

    This Insurance is primary to and will not seek contribution from any other insurance available to an additional insured provided that:

    **a.**  The additional insured is a Named Insured under such other insurance; and

    **b.**  You are required by written contract or written agreement that this insurance be primary and not seek contribution from any other insurance available to the additional insured.

**2.** The following paragraph is added to Paragraph **4.b.** of the Other Insurance Condition of Section **IV – Commercial General Liability Conditions**:

    This insurance is excess over:

    Any of the other insurance, whether primary, excess, contingent or on any other basis, available to an additional insured, in which the additional insured on our policy is also covered as an additional insured on another policy providing coverage for the same "occurrence", offense, claim or "suit".  This provision does not apply to any policy in which the additional insured is a Named Insured on such other policy and where our policy is required by written contract or written agreement to provide coverage to the additional insured on a primary and non-contributory basis.

**E.** With respect to the insurance afforded to the additional insureds under this endorsement, the following is added to Section **III – Limits Of Insurance**:

The most we will pay on behalf of the additional insured is the amount of insurance:

**1.** Required by the contract or agreement referenced in Paragraph **A.** of this endorsement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations,

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.



## Earlier Notice of Cancellation or Non-Renewal

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

<div style="border:1px solid">

### SCHEDULE

1.  Number of days required for notice of non-renewal (other than for nonpayment of premium):  90
    (If the number of days is not provided above, please see the nonrenewal provisions of your policy.)

2.  Number of days required for notice of cancellation (other than for nonpayment of premium):  90
    (If the number of days is not provided above, please see the cancellation provisions of your policy.)

3.  Number of days required for notice of cancellation (for nonpayment of premium):  30
    (If the number of days is not provided above, please see the cancellation provisions of your policy.)

</div>

**A.**  For any statutorily permitted reason for non-renewal other than nonpayment of premium, the number of days required for notice of non-renewal, as provided in the Commercial General Liability Conditions, as amended by an applicable state endorsement or as provided by an applicable state's change in coverage regulation is increased to the number of days shown in Paragraph **1.** in the Schedule above.

**B.**  For any statutorily permitted reason for cancellation other than nonpayment of premium, the number of days required for notice of cancellation, as provided in the Common Policy Conditions, as amended by an applicable state endorsement or as provided by an applicable state's change in coverage regulation is increased to the number of days shown in Paragraph **2.** in the Schedule above.

**C.**  For nonpayment of premium, the number of days required for notice of cancellation, as provided in the Common Policy Conditions, as amended by an applicable state endorsement or as provided by an applicable state's change in coverage regulation is increased to the number of days shown in Paragraph **3.** in the Schedule above.

All other terms and conditions of your policy remain the same.

# Asbestos Exclusion Endorsement

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
|  |  |  |  |  | $ | $ |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**

The following exclusion is added to paragraph **2. Exclusions** of **Section I - Coverage A – Bodily Injury And Property Damage Liability** and **Coverage B - Personal And Advertising Injury Liability:**

**2.   Exclusions**

This insurance does not apply to:

**Asbestos**

**A.**   "Bodily injury", "property damage" or "personal and advertising injury" arising out of or which would not have occurred, in whole or in part, but for the actual, alleged or threatened discharge, dispersal, release, leakage, leaching, friability, flaking, escape or presence of asbestos, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to the injury or damage; or

**B.**   Any sums that any insured or other entity must pay, repay or reimburse because of any:

   1.   Request, demand, order, statutory or regulatory requirement, direction or determination  that any insured or others  test for, investigate, monitor, clean up, remove, study, contain, treat, encapsulate, control or take any other action regarding asbestos; or

   2.   Claim  or "suit"  for damages arising out of or relating in any way to any request, demand, order, statutory or regulatory requirement, direction or determination  that any insured or  others  test for, investigate, monitor, clean up, remove, study, contain, treat, encapsulate, control or take any other action regarding asbestos; or

**C.**   Any other loss, cost or expense arising out of or relating in any way to asbestos.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

COMMERCIAL GENERAL LIABILITY
CG 01 04 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES – PREMIUM AUDIT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **b.** of the **Premium Audit** Condition **Section IV** is replaced by the following:

**PREMIUM AUDIT**

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. An audit to determine the final premium due or to be refunded will be completed within 180 days after the expiration date of the policy. But the audit may be waived if the total annual premium attributable to the auditable exposure base is not reasonably expected to exceed $1500. If the sum of the advance and audit premiums paid for the policy term is greater than the earned premium, we will return the excess to the first Named Insured.

**B.** Except as provided in Paragraph **A.** above, the **Examination Of Your Books And Records** Common Policy Condition continues to apply.

© ISO Properties, Inc., 2003

COMMERCIAL GENERAL LIABILITY
CG 01 63 07 11

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES –
# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Paragraph **1. Insuring Agreement** of Section **I – Coverage A Bodily Injury And Property Damage Liability** is replaced by the following:

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages even if the allegations of the "suit" are groundless, false or fraudulent. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III – Limits Of Insurance**; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II – Who Is An Insured** and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II – Who Is An Insured** or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II – Who Is An Insured** or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

© Insurance Services Office, Inc., 2010

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**B.** Paragraph **1.a.** of Section **I — Coverage B Personal And Advertising Injury Liability** is replaced by the following:

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages even if the allegations of the "suit" are groundless, false or fraudulent. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III — Limits Of Insurance;** and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** and **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments — Coverages **A** and **B.**

**C.** The following is added as Paragraph **e.** to the **Duties In The Event Of Occurrence, Offense, Claim Or Suit** Condition (Paragraph **2.** of **Section IV — Commercial General Liability Conditions**):

**e.** Notice given by or on behalf of the insured, or written notice by or on behalf of the injured person or any other claimant, to any agent of ours in New York State, with particulars sufficient to identify the insured, shall be considered to be notice to us.

**D.** Paragraph **3.** of **Section IV — Commercial General Liability Conditions** is replaced by the following:

**3. Legal Action Against Us**

**a.** Except as provided in Paragraph **b.,** no person or organization has a right under this Coverage Part:

**(1)** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**(2)** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**b.** With respect to "bodily injury" and "personal and advertising injury" claims, if we deny coverage or do not admit liability because an insured or the injured person, someone acting for the injured person or other claimant fails to give us written notice as soon as practicable, then the injured person, someone acting for the injured person or other claimant may bring an action against us, provided the sole question is whether the denial of coverage or nonadmission of liability is based on the failure to provide timely notice.

However, the injured person, someone acting for the injured person or other claimant may not bring an action if within 60 days after we deny coverage or do not admit liability, we or an insured:

**(1)** Brings an action to declare the rights of the parties under the policy; and

**(2)** Names the injured person, someone acting for the injured person or other claimant as a party to the action.

© Insurance Services Office, Inc., 2010

**CG 01 63 07 11**   ☐

**E.** The following provision is added and supersedes any provision to the contrary:

Failure to give notice to us as required under this Coverage Part shall not invalidate any claim made by the insured, injured person or any other claimant, unless the failure to provide such timely notice has prejudiced us. However, no claim made by the insured, injured person or other claimant will be invalidated if it shall be shown not to have been reasonably possible to give such timely notice and that notice was given as soon as was reasonably possible thereafter.

**F.** The definition of "loading or unloading" in the **Definitions** Section does not apply.

# Silica And Mixed Dust Particles Exclusion Endorsement



**ZURICH**

| Policy No. | Eff. Date of Pol. | Exp. Date of Pol. | Eff. Date of End. | Producer | Add'l. Prem | Return Prem. |
|---|---|---|---|---|---|---|
| | | | | | $ | $ |

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the:

**Commercial General Liability Coverage Part**
**Products And Completed Operations Coverage Part**

This insurance does not apply to any "bodily injury" caused by the inhalation or ingestion of silica or mixed dust particles arising out of the "products and completed operations hazard." Mixed dust includes but is not limited to any dust particles from quartz, metallic, or fibrous minerals.

COMMERCIAL GENERAL LIABILITY
CG 21 08 05 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION (COVERAGE B ONLY)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

CG 21 47 12 07        © ISO Properties, Inc., 2006        **Page 1 of 1**    ☐

COMMERCIAL GENERAL LIABILITY
CG 21 65 12 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TOTAL POLLUTION EXCLUSION WITH A BUILDING HEATING, COOLING AND DEHUMIDIFYING EQUIPMENT EXCEPTION AND A HOSTILE FIRE EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **f.** under Paragraph **2. Exclusions** of **Section I — Coverage A — Bodily Injury And Property Damage Liability** is replaced by the following:

This insurance does not apply to:

**f. Pollution**

**(1)** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to:

**(a)** "Bodily injury" if sustained within a building which is or was at any time owned or occupied by, or rented or loaned to, any insured and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests; or

**(b)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

**(i)** At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

**(ii)** At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

© ISO Properties, Inc., 2003

**COMMERCIAL GENERAL LIABILITY**
**CG 22 80 04 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITED EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you, but only with respect to your providing engineering, architectural or surveying services in your capacity as an engineer, architect or surveyor.

Professional services include:

1. Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

2. Supervisory or inspection activities performed as part of any related architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you with respect to your providing engineering, architectural or surveying services in your capacity as an engineer, architect or surveyor.

This exclusion does not apply to your operations in connection with construction work performed by you or on your behalf.

**COMMERCIAL GENERAL LIABILITY**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW YORK CHANGES – TRANSFER OF DUTIES WHEN A LIMIT OF INSURANCE IS USED UP

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following Condition is added to COMMERCIAL GENERAL LIABILITY CONDITIONS (Section IV):

**Transfer of Duties When a Limit of Insurance Is Used Up.**

**a.** If we conclude that, based on "occurrences," offenses, claims or "suits" which have been reported to us and to which this insurance may apply, the:

**(1)** General Aggregate Limit (other than the Products/Completed Operations Aggregate Limit);

**(2)** Products/Completed Operations Aggregate Limit;

**(3)** Personal and Advertising Injury Limit;

**(4)** Each Occurrence Limit; or

**(5)** Fire Damage Limit

is likely to be used up in the payment of judgments or settlements, we will notify the first Named Insured, in writing, to that effect.

**b.** When a limit of insurance described in paragraph **a.** above has actually been used up in the payment of judgments or settlements:

**(1)** We will notify the first Named Insured, in writing, as soon as practicable, that:

**(a)** Such a limit has actually been used up; and

**(b)** Our duty to defend "suits" seeking damages subject to that limit has also ended.

**(2)** We will initiate, and cooperate in, the transfer of control, to any appropriate insured, of all claims and "suits" seeking damages which are subject to that limit and which are reported to us before that limit is used up. That insured must cooperate in the transfer of control of said claims and "suits".

We agree to take such steps, as we deem appropriate, to avoid a default in, or continue the defense of, such "suits" until such transfer is completed, provided the appropriate insured is cooperating in completing such transfer.

We will take no action whatsoever with respect to any claim or "suit" seeking damages that would have been subject to that limit, had it not been used up, if the claim or "suit" is reported to us after that limit of insurance has been used up.

**(3)** The first Named Insured, and any other insured involved in a "suit" seeking damages subject to that limit, must arrange for the defense of such "suit" within such time period as agreed to between the appropriate insured and us. Absent any such agreement, arrangements for the defense of such "suit" must be made as soon as practicable.

**c.** The first Named Insured will reimburse us for expenses we incur in taking those steps we deem appropriate in accordance with paragraph **b.(2)** above.

The duty of the first Named Insured to reimburse us will begin on:

**(1)** The date on which the applicable limit of insurance is used up, if we sent notice in accordance with paragraph **a.** above; or

**(2)** The date on which we sent notice in accordance with paragraph **b.(1)** above, if we did not send notice in accordance with paragraph a. above.

**d.** The exhaustion of any limit of insurance by the payments of judgments or settlements, and the resulting end of our duty to defend, will not be affected by our failure to comply with any of the provisions of this Condition.