# Exhibit 10

 **ALESCO**   **CONTRACT ENDORSEMENT**

Page 1 of 2
**1263**
**ARM**

| Unique Market Reference: | B12630308616 |
|---|---|
| Endorsement Reference: | 001 |
| Insured: | Skanska Walsh Joint Venture as more fully defined in the Lead Underlying Policy |

**CONTRACT CHANGES**

This Contract is amended as follows:

**ENDORSEMENT**
**EFFECTIVE DATE:**   Inception

It is hereby noted and agreed that PREMIUM is restated as follows:

**PREMIUM:**

All other terms and conditions remain unchanged

| Author | Checker | Slip Leader |
|---|---|---|
| 02/06/2016 X ~~Ian Lester~~ Signed by: Ian Lester | X | |

2/6/16

 ALESCO

UMR B12630308616

**MARKET REFORM CONTRACT**

| 1. RISK DETAILS |
| --- |

**UNIQUE MARKET REFERENCE:** B12630308616

**TYPE:** Contractor Controlled Insurance Program

**INSURED:** Skanska Walsh Joint Venture as more fully defined in the Lead Underlying Policy

**ADDRESS:** Skanska Walsh Joint Venture
c/o Skanska USA Building Inc
389 Interpace Parkway
Parsippany
NJ 07054
USA

**PERIOD:** From: 1st June 2016

To:    1st June 2023

Plus 10 years Products and Completed Operations coverage or applicable statute of limitation whichever the lesser

Both days at 12.01a.m. Local Standard Time at the address of the Named Insured

**INTEREST:** The Insured's Legal Liability arising out of the all activities in respect of the La Guardia Gateway Partners CCIP Central Terminal Replacement

**LIMIT OF LIABILITY:** USD 20,000,000 each Occurrence

USD 20,000,000 Annual General Aggregate

USD 20,000,000 Aggregate in respect of Products and Completed Operations coverage

USD 18,000,000 Combined Single Limit in respect of Auto Liability

Excess of the Underlying Limit

**UNDERLYING LIMIT:** USD 5,000,000 each Occurrence

USD 5,000,000 Annual General Aggregate

USD 5,000,000 Aggregate in respect of Products and Completed operations coverage

USD 5,000,000 Combined Single Limit in respect of Auto Liability





 ALESCO

Which in turn excess of

USD 5,000,000 each Occurrence

USD 10,000,000 Annual General Aggregate

USD 10,000,000 Aggregate in respect of Products and Completed Operations coverage

USD  2,000,000 Combined Single Limit in respect of Auto Liability

Which in turn is excess of various retentions as more fully set forth in the Lead Policy

**TERRITORIAL LIMITS:**  USA

**CONDITIONS:**  All terms, clauses and conditions as per the London Short Excess Form 01 - 08 (OCC) and the Primary Zurich Policy as far as applicable hereto. Any amendments to be agreed Leading Underwriter
LMA 5218 – US Terrorism Risk Insurance Act New & Renewal Business Endorsement
LMA5020 Service of Suit Clause naming Mendes and Mount, 750 Seventh Avenue, New York, NY
CL370 Institute Radioactive Contamination, Chemical, Biological and Electromagnetic Weapons Exclusion Clause
CL380 Institute Cyber Attack Exclusion Clause
LMA 3100 Sanctions Clause
Occupational Disease AHB33BB
Hazardous Materials AHB05M
Fiduciary Liability Exclusion AHB05N
Abuse or Molestation Exclusion AHB05P
Extended Completed Operations Endorsement ~~U-GL-1114-A CW (10/02)~~
The General Aggregate Limit will reinstate annually for the first 5 years.
There will be one General Aggregate for years 6 and 7 all layers
JRCC to be appointed to oversee claims on behalf Underwriters

**NOTICES:**  Lloyd's Privacy Policy Statement LSW1135B

**CHOICE OF LAW AND JURISDICTION:**  It is hereby agreed that any dispute between the Insured and the insurers regarding the interpretation of this Contract shall be governed by the laws of New York and whose courts shall have jurisdiction in any matters arising hereunder. LMA 5020 as per policy wording.

**PREMIUM:**



UMR B12630308616
**M**ARKET **R**EFORM **C**ONTRACT

ALESCO

Page 3 of 21
**1263**
**ARM**

**PREMIUM**
**PAYMENT TERMS:**    Notwithstanding any provision to the contrary within this Contract or any endorsement hereto, in respect of non payment of premium only the following clause will apply.

The Insured undertakes that premium will be paid in full to insurers within 60 days of 1st June 2016 (or, in respect of instalment premiums, when due).

If the premium due under this Contract has not been so paid to insurers by the 61st day from 1st June 2016 (and, in respect of instalment premiums, by the date they are due) insurers shall have the right to cancel this Contract by notifying the Insured via the broker in writing. In the event of cancellation, premium is due to insurers on a pro rata basis for the period that insurers are on risk but the full Contract premium shall be payable to insurers in the event of a loss or occurrence prior to the date of termination which gives rise to a valid claim under this Contract.

It is agreed that insurers shall give not less than 30 days prior notice of cancellation to the Insured via the broker. If premium due is paid in full to insurers before the notice period expires, notice of cancellation shall automatically be revoked. If not, the Contract shall automatically terminate at the end of the notice period.

If any provision of this clause is found by any court or administrative body of competent jurisdiction to be invalid or unenforceable, such invalidity or unenforceability will not affect the other provisions of this clause which will remain in full force and effect.

30 September 2008
LSW3001 (amended)

**TAXES PAYABLE**
**BY THE INSURED AND**
**ADMINISTERED**
**BY INSURER(S):**    None

**RECORDING,**
**TRANSMITTING**
**& STORING**
**INFORMATION:**    Where Alesco Risk Management Services Limited maintains risk and claims data/ information / documents Alesco Risk Management Services Limited may hold claims data/ information / documents electronically.

**INSURER**
**CONTRACT**
**DOCUMENTATION:**    This document details the contract terms entered into by the insurer(s), and constitutes the contract document.





 ALESCO

| 2. INFORMATION |
|:---:|

The following information is made available to and seen by all subscribing insurers hereon:

| | |
|---|---|
| 2015-12-14 17 23 41 SWJV Presentation to Insurers (reduced).pdf | (4660155 bytes) |
| Estimated CV and Payroll.xls | (32768 bytes) |
| LGA_Best_in_Class_Risk_Management_Draft_1_10_29_2015.pdf | (85699 bytes) |
| Skanska Walsh LaGuardia SUBMISSION .pdf | (17645411 bytes) |
| SWJV Emergency Action Plan.docx | (39515 bytes) |
| SWJV Presentation to Insurers.pptx | (41095758 bytes) |







UMR B12630308616

**MARKET REFORM CONTRACT**

Page 5 of 21

**1263**

**ARM**

<u>**LONDON SHORT EXCESS FORM 01-08 (OCC)**</u>

**<u>INSURING AGREEMENTS:</u>**

1. **<u>COVERAGE</u>** -

   All Insurers hereon (hereinafter called "the Company") hereby agrees, subject to the limitations, terms and conditions contained herein, to pay all sums which the Insured shall be obligated to pay by reason of the liability arising out of the hazards covered by and as more fully defined in the Lead Underlying Policy (as stated in Item 2. a) of the Declarations and hereinafter referred to as "Lead Underlying Policy"); provided always however, that this Policy shall not apply until the Underlying Insurers (as stated in Items 2.a) and 2.b) of the Declarations and hereinafter referred to as "Underlying Insurers") have paid or have been held liable to pay the full amount of their respective Limit(s) of Liability in accordance with Insuring Agreement 2.

   The Company further agrees that this Policy will follow the same terms, definitions, exclusions and conditions (except as otherwise provided herein) as are, at inception hereof, contained in the Lead Underlying Policy.

   Notwithstanding the foregoing, in the event that any of the following amendment(s) are subsequently made to the terms, definitions, exclusions and conditions of the Lead Underlying Policy in effect at inception hereof:

   1. any change which is subject to an additional premium charge,

   2. the inclusion of an additional coverage extension endorsement,

   3. any change to the insuring agreements, definitions and exclusions which is intended to broaden the scope of the coverage already provided, other than Insureds or Named Insureds added without an additional premium charge,

   then such amendment(s) shall not be binding upon the Company unless otherwise agreed in writing by the Company.

2. **<u>LIMIT OF LIABILITY</u>** -

   The Company shall be liable only to pay sums up to:

   |  |  |
   |---|---|
   | USD (as stated in Item 3. of the Declarations) | in respect of each  Occurrence - subject to a limit of |
   | USD (as stated in Item 3. of the Declarations) | in the aggregate during the currency of this Policy, separately in respect of each hazard insured with an aggregate limit in the Lead Underlying Policy |
   | USD (as stated in Item 3. of the Declarations) | in the aggregate during the currency of this Policy, separately in respect of each hazard |
   |  | insured with an aggregate limit in the Lead Underlying Policy |





Case 1:21-cv-06755-JPO   Document 35-10   Filed 12/23/21   Page 8 of 22

UMR B12630308616

**M**ARKET **R**EFORM **C**ONTRACT

Page 6 of 21

**1263**

**ARM**

ALESCO

but liability shall attach to the Company only after the Underlying Insurers have paid or have been held liable to pay the full amount of their respective Limit(s) of Liability as follows:

| | |
|---|---|
| USD (as stated in Item 4. of the Declarations) | in respect of each Occurrence, but |
| USD (as stated in Item 4. of the Declarations) | in the aggregate during the currency of this Policy, separately in respect of each hazard insured with an aggregate limit in the Lead Underlying Policy |

which in turn is excess of various insurances and/or retentions as more fully set forth in the Lead Underlying Policy.

## CONDITIONS:

1. ## MAINTENANCE OF UNDERLYING INSURANCE -

   It is a condition of this Policy that the Underlying Policy/ies (as stated in Items 2.a) and 2.b) of the Declarations and hereinafter referred to as "Underlying Policy/ies") shall be maintained in full force and effect, except for any reduction of the aggregate limits contained therein solely by payment of any loss(es). In the event of the Insured's failure to maintain the Underlying Policy/ies in full force and effect and except with respect to the aforementioned aggregate reduction, coverage hereunder shall not be invalid, but shall apply to the same extent that it would have applied had there been compliance with this condition.

   In the event any Underlying Policy stated in Item 2.b) of the Declarations excludes loss(es) which are covered by the Lead Underlying Policy and subsequently covered hereunder in accordance with the provisions of Insuring Agreement 1 - Coverage, the Company shall not drop down to apply in place of such excluded coverage.

2. ## ASSISTANCE AND CO-OPERATION -

   The Company shall not be called upon to assume charge of the settlement or defense of any claim made or suit brought or proceeding instituted against the Insured however the Company shall have the right and shall be given the opportunity to associate with the Insured or the Insured's underlying insurers, or both, in the defense and control of any claim, suit or proceeding relative to an Occurrence where the claim or suit involves, or appears reasonably likely to involve the Company, in which event the Insured and the Company shall co-operate in all things in the defense of such claim, suit or proceeding.

3. ## CANCELLATION -

   This policy is non cancellable other than for non payment of premium, as per the terms of LSW3001 attached.

4. ## OTHER INSURANCE -

   If other valid and collectible insurance is available to the Insured covering a loss also covered by this Policy, other than a Policy that is specifically written to apply in excess of this Policy, the insurance afforded by this Policy shall apply in excess of and shall not contribute with such other insurance.



ALESCO

UMR B12630308616

**MARKET REFORM CONTRACT**

Page 7 of 21

**1263**

**ARM**

5. <u>**NOTICE OF OCCURRENCE**</u> -

Whenever the Insured has information from which they may reasonably conclude that an Occurrence covered hereunder involves injuries or damages which, in the event that the Insured should be held liable, is likely to involve this Policy, notice shall be sent to the Company via the entity stated in Item 6.a) of the Declarations as soon as practicable, provided, however, that failure to give notice of any Occurrence which at the time of its happening did not appear to involve this Policy, but which, at a later date would appear to give rise to claims hereunder, shall not prejudice such claims.





**◎ ALESCO**

UMR B12630308616

**MARKET REFORM CONTRACT**

Page 8 of 21

**1263**

**ARM**

### DECLARATIONS

**Item 1.**

   a) Named Insured:  Skanska Walsh Joint Venture as more fully defined in the Lead
                                Underlying Policy

   b) Address of Named Insured:     Skanska Walsh Joint Venture
                                      c/o Skanska USA Building Inc
                                      389 Interpace Parkway
                                      Parsippany
                                      NJ 07054
                                      USA

**Item 2.**   a)  Lead Underlying Policy No:    TBA

          b)  Lead Underlying Insurer:      Zurich Construction North America

**Item 3.**   Limit of Liability:

         USD 20,000,000 Each Occurrence
         USD 20,000,000 Annual General Aggregate all Phases / Projects Combined
         USD 20,000,000 Products and Completed Operations Aggregate for the period.
         USD 18,000,000 Combined Single Limit in respect of Auto Liability

**Item 4.**   Underlying Limits:

         USD 5,000,000 Each Occurrence.
         USD 5,000,000 Annual General Aggregate all Phases / Projects Combined
         USD 5,000,000 Products and Completed Operations Aggregate
         USD 5,000,000 Combined Single Limit in respect of Auto Liability

         Which in turn excess of

         USD   5,000,000 each Occurrence
         USD 10,000,000 Annual General Aggregate
         USD 10,000,000 Aggregate in respect of Products and Completed Operations coverage
         USD   2,000,000 Combined Single Limit in respect of Auto Liability

         Which in turn is excess of various retentions as more fully set forth in the Lead Policy

**Item 5.**   Policy Period:

         (a) Inception date:  1st June 2016

         (b) Expiry date:     1st June 2023

         Both days at 12.01 a.m. Local Standard Time at the address of the Named Insured.







Item 6.    Notice to:

    a)   All Notices of Occurrence to Underwriters via:

       (Conditions 3 and 5)

       Alesco Risk Management Services Limited

    b)   All other Notices:

       Alesco Risk Management Services Limited

Item 7.





ALESCO

**MARKET REFORM CONTRACT**

**1263
ARM**

### SERVICE OF SUIT CLAUSE (U.S.A.)

This Service of Suit Clause will not be read to conflict with or override the obligations of the parties to arbitrate their disputes as provided for in any Arbitration provision within this Policy.  This Clause is intended as an aid to compelling arbitration or enforcing such arbitration or arbitral award, not as an alternative to such Arbitration provision for resolving disputes arising out of this contract of insurance (or reinsurance).

It is agreed that in the event of the failure of the Underwriters hereon to pay any amount claimed to be due hereunder, the Underwriters hereon, at the request of the Insured (or Reinsured), will submit to the jurisdiction of a Court of competent jurisdiction within the United States.  Nothing in this Clause constitutes or should be understood to constitute a waiver of Underwriters' rights to commence an action in any Court of competent jurisdiction in the United States, to remove an action to a United States District Court, or to seek a transfer of a case to another Court as permitted by the laws of the United States or of any State in the United States.

It is further agreed that service of process in such suit may be made upon

Mendes & Mount LLP
750 Seventh Avenue
New York, NY 10019

and that in any suit instituted against any one of them upon this contract, Underwriters will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

The above-named are authorized and directed to accept service of process on behalf of Underwriters in any such suit and/or upon the request of the Insured (or Reinsured) to give a written undertaking to the Insured (or Reinsured) that they will enter a general appearance upon Underwriters' behalf in the event such a suit shall be instituted.

Further, pursuant to any statute of any state, territory or district of the United States which makes provision therefor, Underwriters hereon hereby designate the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured (or Reinsured) or any beneficiary hereunder arising out of this contract of insurance (or reinsurance), and hereby designate the above-named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

14/09/2005
LMA5020
Form approved by Lloyd's Market Association





ALESCO

### U.S. Terrorism Risk Insurance Act of 2002 as amended
### New & Renewal Business Endorsement

*This Endorsement is issued in accordance with the terms and conditions of the "U.S. Terrorism Risk Insurance Act of 2002" as amended, as summarized in the disclosure notice.*

In consideration of an additional premium of USD          paid, it is hereby noted and agreed with effect from inception that the Terrorism exclusion to which this Insurance is subject, shall not apply to any "insured loss" directly resulting from any "act of terrorism" as defined in the "U.S. Terrorism Risk Insurance Act of 2002", as amended ("TRIA").

The coverage afforded by this Endorsement is only in respect of any "insured loss" of the type insured by this Insurance directly resulting from an "act of terrorism" as defined in TRIA.  The coverage provided by this Endorsement shall expire at 12:00 midnight December 31, 2020, the date on which the TRIA Program is scheduled to terminate, or the expiry date of the policy whichever occurs first, and shall not cover any losses or events which arise after the earlier of these dates.  The Terrorism exclusion, to which this Insurance is subject, applies in full force and effect to any other losses and any act or events that are not included in said definition of "act of terrorism".
This Endorsement only affects the Terrorism exclusion to which this Insurance is subject.  All other terms, conditions, insured coverage and exclusions of this Insurance including applicable limits and deductibles remain unchanged and apply in full force and effect to the coverage provided by this Insurance.

Furthermore the Underwriter(s) will not be liable for any amounts for which they are not responsible under the terms of TRIA (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on the Underwriter's liability for payment for terrorism losses.

LMA5218

12 January 2015

*By signing and dating this Market Reform Contract subscribing insurers hereby acknowledge receipt of the above listed information in its entirety.*







**MARKET REFORM CONTRACT**

**ARM**

### JRR CLAIMS HANDLING

It is hereby understood and agreed that John Riddle at John R Riddle Associates, LLC is appointed as Underwriters Claim Representative.
Responsibilities:

- Maintenance of Claim Files
- Reserve posting and changes
- Monthly bordereaux to Underwriters
- Issuance of Claims Funds
- Transmittal of summons and complaints
- Management of Trust Fund Account
- Reporting to Underwriters if and when required
- Issuing Reservation of Rights if and when required (subject to Underwriters prior agreement)
- Recoding all costs and the allocation of their respective shares to each Underwriter on each policy year

It is further understood and agreed that Item 6 a) of DECLARATIONS is amended to read as follows:-

John R. Riddle Associates, LLC
125 Half Mile Road,
Suite 200
Red Bank,
New Jersey 07701
United States of America

All other terms and conditions remain unchanged.
Dated in London:      16TH May 2016







# MARKET REFORM CONTRACT

## Extended Completed Operations — Designated Project - Shared Products-Completed Operations Aggregate Limit — Policy Period and Extended Coverage Period

1.  It is agreed that for each "designated project' to which this policy applies, the coverage provided under the "products-completed operations hazard" of this policy shall be extended for a period of 10 years, or as per the Statute of Limitations in force in NY State, whichever the lesser. The extended completed operations coverage period shall begin on the "project completion date" of the "designated project'.
    This extended completed operations coverage applies only to "bodily injury" and "property damage" that occurs during the extended completed operation coverage period and is caused by an 'occurrence". All other terms and conditions of this policy and endorsements apply to the extended completed operations coverage unless expressly revised by endorsement.

2.  The extended completed operations coverage afforded by this endorsement shall not take effect if this policy is cancelled for any reason other than early completion of the project.

3.  The following is added to SECTION III, LIMITS OF INSURANCE, and replaces any language in the policy to the contrary:

    The Products-Completed Operations Aggregate Limit applicable to this policy is the most we will pay under Coverage A for all damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard" for the policy period and the Extended Completed Operations Coverage Period combined, regardless of the number of years in the policy period and the Extended Completed Operations Coverage Period and the number of "designated projects" covered under this policy.

4.  For purposes of this insurance, the following additional definition applies:

    "Project completion date" means the earliest date within our policy period of the following:

    (1) The date of final written acceptance of the "designated project' by the owner; or

    (2) When all of the work called for in your contract has been completed and the parties to the contract agree that the "project completion date" has been attained; or





![ALESCO]

# MARKET REFORM CONTRACT

(3) When that part of the work done at a "designated project' structure, site or location has been put to its intended use or is ready for its intended use by any person or organization other than another contractor or subcontractor working on the same "designated project; or

(4) When all of the work to be done at the "designated project' structure, site or location is substantially complete and is in use or is ready for its intended use, if your contract calls for work at more than one structure, site or location.

All other terms and conditions remain unchanged.
Dated in London:        16TH May 2016







# MARKET REFORM CONTRACT

## ARM

| 3. SECURITY DETAILS |
|---|

**INSURER'S LIABILITY:**

**LMA 3333 - (RE)INSURER'S LIABILITY CLAUSE**

**(Re)insurer's liability several not joint**

The liability of a (re)insurer under this Contract is several and not joint with other (re)insurers party to this Contract. A (re)insurer is liable only for the proportion of liability it has underwritten. A (re)insurer is not jointly liable for the proportion of liability underwritten by any other (re)insurer. Nor is a (re)insurer otherwise responsible for any liability of any other (re)insurer that may underwrite this Contract.

The proportion of liability under this Contract underwritten by a (re)insurer (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together) is shown next to its stamp. This is subject always to the provision concerning "signing" below.

In the case of a Lloyd's syndicate, each member of the syndicate (rather than the syndicate itself) is a (re)insurer. Each member has underwritten a proportion of the total shown for the syndicate (that total itself being the total of the proportions underwritten by all the members of the syndicate taken together). The liability of each member of the syndicate is several and not joint with other members. A member is liable only for that member's proportion. A member is not jointly liable for any other member's proportion. Nor is any member otherwise responsible for any liability of any other (re)insurer that may underwrite this Contract. The business address of each member is Lloyd's, One Lime Street, London EC3M 7HA. The identity of each member of a Lloyd's syndicate and their respective proportion may be obtained by writing to Market Services, Lloyd's, at the above address.

**Proportion of liability**

Unless there is "signing" (see below), the proportion of liability under this Contract underwritten by each (re)insurer (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together) is shown next to its stamp and is referred to as its "written line".

Where this Contract permits, written lines, or certain written lines, may be adjusted ("signed"). In that case a schedule is to be appended to this Contract to show the definitive proportion of liability under this Contract underwritten by each (re)insurer (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of the syndicate taken together). A definitive proportion (or, in the case of a Lloyd's syndicate, the total of the proportions underwritten by all the members of a Lloyd's syndicate taken together) is referred to as a "signed line". The signed lines shown in the schedule will prevail over the written lines unless a proven error in calculation has occurred.

Although reference is made at various points in this clause to "this Contract" in the singular, where the circumstances so require this should be read as a reference to Contracts in the plural.





ALESCO     **MARKET REFORM CONTRACT**

**ORDER HEREON:**     100% of 100%

**BASIS OF
WRITTEN LINES:**     Percentage of Whole

**BASIS OF
SIGNED LINES:**     Percentage of Whole

**SIGNING
PROVISIONS:**     Proportional Signing:
In the event that the written lines hereon exceed 100% of the order, any lines written "to stand" will be allocated in full and all other lines will be signed down in equal proportions so that the aggregate signed lines are equal to 100% of the order without further agreement of any of the insurers,

However:
a)   in the event that the placement of the order is not completed by the commencement date of the Period then all lines written by that date will be signed in full;

b)   the signed lines resulting from the application of the above provisions can be varied, before or after the commencement date of the Period, by the documented agreement of the Insured and all insurers whose lines are to be varied. The variation to the Contracts will take effect only when all such insurers have agreed, with the resulting variation in signed lines commencing from the date set out in that agreement.

Disproportionate Signing:
The Insured may elect for the disproportionate signing of insurer's lines, without further specific agreement of insurers, provided that any such variation is made prior to the commencement date of the Period, and that lines written "to stand" may not be varied without the documented agreement of those insurers;

The signed lines resulting from the application of the above provision can be varied, before or after the commencement date of the Period, by the documented agreement of the Insured and all insurers whose lines are to be varied. The variation to the Contracts will take effect only when all such insurers have agreed, with the resulting variation in signed lines commencing from the date set out in that agreement.

**WRITTEN
LINES:**     In a co-insurance placement, following insurers may, but are not obliged to, follow the premium charged by the lead insurer.
Insurers may not seek to guarantee for themselves terms as favourable as those which others subsequently achieve during the placement.







| SIGNED LINE % | WRITTEN LINE % |
|---|---|

**Liberty**
**Specialty Markets**

Liberty Mutual Insurance Europe Limited

15 %

| L | O | A | B | 8 | A | E | K | Ø | Ø | I | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Registered Address: 20 Fenchurch Street,
London, EC3M 3AW, United Kingdom

19

16/5/16

17
5
16

**AEGIS**

**Casualty Consortium**
9224

20 %

| I | 6 | N | 3 | O | 2 | O | 8 | A | A | 6 | A |
|---|---|---|---|---|---|---|---|---|---|---|---|

All underwriters as per LPSO Registered Consortium No 9224
LINE TO STAND
casualty@aegislondon.co.uk

**Novæ** Syndicate

**NVA 2007**

12.5%

| ✗ | R | I | 9 | I | I | 6 | A | D | B | M | ✗ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | A | N | N | N | N | N | A | A | A | A | N |

17
5
16

**APOLLO LIABILITY CONSORTIUM**

✗ 9984

20 %

| I | 6 | N | L | S | 2 | 9 | 2 | 4 | 6 | Ø | I |
|---|---|---|---|---|---|---|---|---|---|---|---|

All Underwriters as per LPSO registered
Consortium number 9984

18/5/16

CM





| SIGNED LINE % | WRITTEN LINE % |
|---|---|
| | 7.5%    1 6 N M 3 7 0 1 7 6 0 1    1861 ANV    PR 17/5/16 |
| | 25%   **SCOR**   SCOR UK Company Limited   F A O O 1 9 5 8 3 1 6 1   S 7029   XIS   1/6/16. |



 ALESCO · **CONTRACT ENDORSEMENT**

Page 1 of 2
**1263**
**ARM**

| Unique Market Reference: | B12630308616 |
|---|---|
| Endorsement Reference: | 001 |
| Insured: | Skanska Walsh Joint Venture as more fully defined in the Lead Underlying Policy |

## CONTRACT CHANGES

This Contract is amended as follows:

**ENDORSEMENT**
**EFFECTIVE DATE:**          Inception

It is hereby noted and agreed that Principal Address is ~~restated as follows~~: *amended to:* (the)

**PRINCIPAL**
**ADDRESS:**          Skanska/Walsh Joint Venture D/B/A Skanska Walsh JV
350 5th Avenue – Floor 32
New York
NY 10118
The United States of America

All other terms and conditions remain unchanged .

| Author | Checker | Slip Leader |
|---|---|---|
| 14/07/2016 | 14/07/2016 | |
| X _Ian Lester_ | X | |
| Signed by: Ian Lester | Signed by: Mark Watson | |

 ALESCO   **CONTRACT ENDORSEMENT**

Page 2 of 2
## 1263
# ARM

| Unique Market Reference: | B12630308616 |
|---|---|
| Endorsement Reference: | 001 |
| Insured: | Skanska Walsh Joint Venture as more fully defined in the Lead Underlying Policy |

### CONTRACT ADMINISTRATIONS AND ADVISORY SECTION

**SETTLEMENT DUE DATE:**     Not Applicable

In the absence of an Insurer Settlement Due Date, the settlement Due Date will be calculated by applying the terms of trade for the original premium to whichever is the later of either:

1. the latest effective date of the subject matter of the contract endorsement; or

2. the date on which the final Insurer agreement is obtained.

**ALLOCATION OF PREMIUM TO CODING:**     Not Applicable

All other terms and conditions remain unchanged

### AGREEMENT

| | | | |
|---|---|---|---|
| 21 7 16 | | | |
| 16N302083AAUA | XK A116AD6MB | | |
| Aegis | Novae | | Apollo |

| | | | |
|---|---|---|---|
| 21 7 16 | | XIS 21/7/16 | |
| | ANV | | Scor |

| Author | Checker | Slip Leader |
|---|---|---|
| X _Ian Lester_   14/07/2016 | X _MW_   14/07/2016 | |
| Signed by: Ian Lester | Signed by: Mark Watson | |